# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEIGTECH EAST BAY LLC<br><br>-v-<br><br>LUTRON ELECTRONICS CO., INC.          Plaintiff,<br><br>Defendant. | Case No. _____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

GeigTech East Bay LLC   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: 06/12/2018

/Jeffrey I. Kaplan/
Signature of Attorney

Attorney Bar Code: 4706