AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NY

| | | |
|---|---|---|
| GEIGTECH EAST BAY LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-05290 |
| LUTRON ELECTRONICS CO., INC., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Geigtech East Bay LLC                                                              .

Date:    06/13/2018                                          /s/ Michael R. Gilman
                                                                      *Attorney's signature*

                                                        Michael R. Gilman (MG 7608)
                                                        *Printed name and bar number*
                                                        Kaplan Breyer Schwarz LLP
                                                        100 Matawan Rd., Ste 120
                                                        Matawan, NJ 07747

                                                                      *Address*

                                                        mgilman@kbsiplaw.com
                                                                  *E-mail address*

                                                            (732) 578-0103
                                                              *Telephone number*

                                                            (732) 578-0104
                                                                  *FAX number*