UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Geigtech East Bay LLC          Plaintiff,          Case No.  1:18-cv-5290

      -against-

Lutron Electronics Co., Inc.     Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_Jeffrey I. Kaplan_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is __4706_____

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME:  Sorin RoyerCooper LLC_____
              FIRM ADDRESS:  Two Tower Center Boulevard, East Brunswick, NJ____
              FIRM TELEPHONE NUMBER:  732-839-0400_____
              FIRM FAX NUMBER:  732-393-1901_____

NEW FIRM:     FIRM NAME:  Kaplan Breyer Schwarz, LLP_____
              FIRM ADDRESS:  100 Matawan Rd, Matawan, NJ 07747_____
              FIRM TELEPHONE NUMBER:  732-578-0103_____
              FIRM FAX NUMBER:  732-578-0104_____

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 06/13/2018                              /Jeffrey I. Kaplan/_____
                                               ATTORNEY'S SIGNATURE