# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEIGTECH EAST BAY LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUTRON ELECTRONICS CO., INC.,<br><br>　　　　Defendant. | Civil Action No. 1:18-cv-05290 (PAE)<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff GeigTech East Bay LLC ("J Geiger") hereby moves pursuant to Federal Rules of Civil Procedure 65(a) for an Order enjoining Defendant Lutron Electronics Co., Inc. ("Lutron") pending the final hearing and determination of this action, from making, using, selling, offering to sell, and/or importing Lutron's Palladiom Shading System in the United States, and for such further relief as this Court deems just and proper.  The grounds for this motion are set forth in the following documents, filed herewith: (1) Plaintiff's Memorandum of Law in Support of Its Motion for a Preliminary Injunction; (2) Declaration of James Geiger, executed on June 18, 2018; (3) Declaration of Anthony O'Connor, executed on June 18, 2018; (2) Declaration of Carl Milianta, executed on June 18, 2018; and (5) Declaration of Gary R. Sorden, executed on June 15, 2018.

WHEREFORE, J Geiger respectfully requests the Court enter the attached order granting this motion for preliminary injunction, and for such other and further relief as this Court deems proper.

Dated: June 21, 2018						Respectfully submitted,

        /s/ *Jeffrey I. Kaplan*
Jeffrey I. Kaplan  (JK  4706)
Michael R. Gilman  (MG  7608)
KAPLAN BREYER SCHWARZ, LLP
100 Matawan Rd.,  Ste 120
Matawan,  NJ  07747
Telephone:  732-578-0103
Telephone ext. 231 Kaplan and 233 Gilman
Facsimile:  732-578-0104
jkaplan@kbsiplaw.com
mgilman@kbsiplaw.com


/s/ *Pro Hac Vice Applications Forthcoming*
Gary R. Sorden
Texas Bar No. 24066124
gary.sorden@klemchuk.com
Brian L. King
Texas Bar No. 24055776
brian.king@klemchuk.com
KLEMCHUK LLP
8150 N. Central Expressway
10th Floor
Dallas, Texas 75206
Tel: 214-367-6000
Fax: 214-367-6001

**ATTORNEY FOR PLAINTIFF
GEIGTECH EAST BAY LLC**


### CERTIFICATE OF SERVICE

The undersigned certifies that Defendant Lutron Electronics Co., Inc. was served with a copy of this document via process server on June 21, 2018.

/s/ *Jeffrey I. Kaplan*
Jeffrey I. Kaplan