# EXHIBIT 1



# Clean House?

GeigTech™ "Resolution™" Series Shades eliminate the need to hide your roller shades.  The clean lines of your room's design will not be broken.  GeigTech™ Shades are designed to mount inside your window casing, and remain exposed in a perfect world where form meets function.  We offer manual, motorized and battery powered shades. GeigTech™ shade motors are almost silent, yet they can power shades with lengths over 8' using our attractive "Resolver™" coupler.  GeigTech™ motorized shades can be operated with a smartphone, keypad, switch, or wireless remote control.  Customization is available to ensure perfect synergy with your environment. Clean House by contacting GeigTech™ today.

**No Valances-No Fascias-No Ceiling Pockets-No Visible Screws-No Stress**



1-855-GeigTech    GeigTech LLC       646-588-0895
Empire State Building 350 Fifth Ave 59th Floor New York, NY 10118
www.GeigTech.com

**2012 - Dwell - Original GeigTech Print Ad**



J|GEIGER

NOTHING TO HIDE.
*"In my experience, the most advanced design is often the most simple."*
James Geiger

The first completely custom, fascia-free motorized shades.
Ask about our invisible pocket ceiling installation.

Learn more at **JGeigerShading.com/pdc**
*Pacific Design Center Suite B-112*
1-844-543-4437

New York | Los Angeles | Charleston | Miami

**2015 - Pacific Design Center Newsletter**



## OUR TEAM WELCOMES YOU TO ENJOY A SNEAK PEEK OF OUR LA SHOWROOM AT THE PACIFIC DESIGN CENTER FALL MARKET EVENT

*Celebrate our opening with James Geiger, Founder and President during the 2015 Fall Market in Suite B112.*

Thursday, Oct. 8
10 a.m. to 6:30 p.m.
3:30 p.m. to 6:30 p.m. Cocktails with James Geiger

Pacific Design Center
8687 Melrose Ave.
West Hollywood, CA 90069
JGeiger Shading PDC Showroom: Suite, B112

**CLICK TO RSVP**
1-844-543-4437



Located in the award-winning Pacific Design Center, JGeiger Shading Technology's new LA showroom is approximately 2,600 sq. feet, and provides a phenomenal space for clients to see and experience our fascia-free shading systems, and our new product launches. Appointments can be made with a design consultant or walk-ins can see demonstrations of our product.

**www.jgeigershading.com**

2015 - Dwell Digital - e-invite for Pacific Design Center event

Thank you to all who came out to the Pacific Design Center's Fall
Market event and the Grand Opening of our new Showroom.

If you were unable to make it, we welcome you to come by anytime.

**Visit Our Showroom**





## OUR OPEN HOUSE WAS SUCCESSFUL AND IT WAS GREAT TO MEET ALL OF YOU.

*For those who were unable to attend, we invite you to visit us anytime to experience our fascia-free shading technology – now available in invisible ceiling pockets.*

**VISIT OUR SHOWROOM**







## NOTHING TO HIDE.

*No visible fasteners or screws. Just the cleanest, simplest shading technology in the world.*

Learn more at JGeigerShading.com
646. 588. 0895
Info@jgeiger.com

150 E. 58th St. Floor 3, NY, NY 10155

**2015 - Architect & Design Building Directory Page**





# NOTHING TO HIDE.

*"Sometimes the most refined aesthetic is
the most subtle."*

James Geiger

The first completely custom, fascia-free motorized shades.
Ask about our hidden pocket ceiling installation.

Learn more at JGeigerShading.com/rr

New York | Los Angeles | Charleston | Miami

J | GEIGER

## 2015 - Robert Report - Print Ad and Directory listing





## NOTHING TO HIDE.

*"In my experience, the most advanced design is often the most simple."*
James Geiger

The first completely custom, fascia-free motorized shades.
Ask about our invisible pocket ceiling installation.

Learn more at JGeigerShading.com/luxe
1-844-543-4437

New York | Los Angeles | Charleston | Miami

J | GEIGER

**2015 - LUXE - Nov/Dec Print Ad**



















## NOTHING TO HIDE.

*"In my experience, the most advanced design is often the most simple."* James Geiger

The first completely custom, fascia-free motorized shades.
Ask about our invisible ceiling pocket installation.

Pacific Design Center | Suite B-112 | 844-543-4437

JGeigerShading.com/PDC

## 2016 - Pacific Design Center Directory Ad

# J | GEIGER
### SHADING TECHNOLOGY



PRETTY. SIMPLE.



NEW YORK | LOS ANGELES | CHARLESTON | MIAMI | SAN FRANCISCO | DALLAS | SEATTLE | CHICAGO

JGeigerShading.com/ml · 1-844-543-4437

**2016 - Modern Luxury - January Ad**

# J | GEIGER
### SHADING TECHNOLOGY



PRETTY. SIMPLE.



NEW YORK   |   LOS ANGELES   |   CHARLESTON   |   MIAMI

JGeigerShading.com/id  •  1-844-543-4437

**2016 - Interior Design - January Print Ad**





## NOTHING TO HIDE.

*"In my experience, the most advanced design is often the most simple."*

James Geiger

The first completely custom, fascia-free motorized shades.
Ask about our invisible pocket ceiling installation.

Learn more at **JGeigerShading.com/dwell**
1-844-543-4437

New York | Los Angeles | Charleston | Miami

J | GEIGER

**2016 - Dwell - February Print Ad**

Discover JGeiger Shading's modern shading solutions.





## YOUR MODERN LUXURY SHADING SOLUTION IS FINALLY HERE.

JGeiger Shading works with architects, builders, developers and designers to provide seamless window solutions to the most exclusive spaces – and we're ready to help you complete your next project. **Contact us** today to learn more about our patented and flagship, R-Series Shading System, and about a variety of fabrics and custom installations.

**LEARN MORE**



844-543-4437
jgeigershading.com

Look for JGeiger Shading Technology in Miami.





## HELLO,
## SOUTH FLORIDA

*JGeiger Shading Technology is pleased to announce expansion into the Miami area! To learn more about our completely custom, clean, modern and motorized shading systems, call 844-543-4437. And don't forget to ask about our latest invisible ceiling pockets.*

**SCHEDULE AN APPOINTMENT**



844-543-4437
jgeigershading.com

# J | GEIGER

S H A D I N G   T E C H N O L O G Y



PRETTY. SIMPLE.



NEW YORK | LOS ANGELES | CHARLESTON | MIAMI

JGeigerShading.com/elle · 1-844-543-4437

**2016 - ELLE Decor - March Print Ad**

# J | GEIGER
### SHADING TECHNOLOGY



PRETTY. SIMPLE.



NEW YORK  |  LOS ANGELES  |  CHARLESTON  |  MIAMI  |  SAN FRANCISCO  |  DALLAS  |  SEATTLE  |  CHICAGO

JGeigerShading.com/ad  ·  1-844-543-4437

**2016 - Architectural Digest - March Print Ad**

# J | GEIGER
### SHADING TECHNOLOGY



PRETTY. SIMPLE.



NEW YORK | LOS ANGELES | CHARLESTON | MIAMI

JGeigerShading.com/rr · 1-844-543-4437

**2016 - Robert Report - March Print Ad**



**2016 - Robert Report - Website Ad**

# J | GEIGER
### SHADING TECHNOLOGY



PRETTY. SIMPLE.



NEW YORK   |   LOS ANGELES   |   CHARLESTON   |   MIAMI

JGeigerShading.com/id  •  1-844-543-4437

**2016 - Interior Design - March Print Ad**

# J | GEIGER

SHADING TECHNOLOGY



PRETTY. SIMPLE.



NEW YORK  |  LOS ANGELES  |  CHARLESTON  |  MIAMI

JGeigerShading.com/dwell  ·  1-844-543-4437

**2016 - Dwell - May Print Ad**

# J | GEIGER

### SHADING TECHNOLOGY

Aspen

Charleston

Los Angeles

Miami

New York

San Francisco

Seattle

1-844-543-4437

jgeigershading.com/dwell



PRETTY. SIMPLE.

**2017 - Dwell - May/June Print Ad**



Aspen   |   Charleston   |   Los Angeles   |   Miami   |   New York   |   San Francisco   |   Seattle





## SIMPLY MODERN.

Nothing to see here but the view. We trade unsightly screws and wires for a sleek, modern design, offering a full line of luxury motorized and battery powered shades, so you can get straight to the view without distraction.

info@j-geiger.com   |   1-844-543-4437   |   jgeigershading.com

## 2017 - Dwell - Sept/Oct & Nov/Dec Print Ad

# J | GEIGER
SHADING TECHNOLOGY



ASPEN

CHARLESTON

LOS ANGELES

MIAMI

NEW YORK

SAN FRANCISCO

SEATTLE

PRETTY. SIMPLE.

1-844-543-4437

jgeigershading.com

**2017 - Architectural Digest - May, June, and July Print Ad**

# J | GEIGER
### SHADING TECHNOLOGY



**PRETTY. SIMPLE.**

ASPEN

CHARLESTON

LOS ANGELES

MIAMI

NEW YORK

SAN FRANCISCO

SEATTLE

1-844-543-4437

jgeigershading.com

**2017 - Atomic Ranch - January, April, August, and October Print Ad**

# J | GEIGER
### SHADING TECHNOLOGY



PRETTY. SIMPLE.

Aspen

Charleston

Los Angeles

Miami

New York

San Francisco

Seattle

1-844-543-4437

jgeigershading.com

**2017 - Garden and Gun - Print Ad**



STYLISH SHADES

**COMPANY**
J Geiger Shading Technology

**PROJECT LOCATION**
Kiawah Island

**WEBSITE**
jgeigershading.com

**PHONE NUMBER**
(843) 577-3855

**SPECIALTIES**
Custom Luxury Motorized &
Manual Shades

# BLENDING BEAUTIFULLY

### R-SERIES MOTORIZED SHADING SYSTEM

This Kiawah Island home contains prime examples of the R-Series motorized shading system. The customizable product met the needs of this family perfectly. In order to enjoy the sunlight without having to worry about glare or UV rays damaging their home's interior, they chose a sheer fabric that is protective while not obstructive. The beautiful hardware allows for a fascia free design, while still hiding wires, screws and blends in with the modern beach house aesthetic seamlessly. No bulky shade boxes or long cords disrupt the lovely views. As with other products from J Geiger, this particular style can be operated both manually or electronically.  Family members can adjust the motorized shades with their smart-phone, a hand-held remote, or even a wall-mounted keypad.

**2017 - Charleston Home & Design - native ad**



## J | GEIGER
SHADING TECHNOLOGY

### PRETTY. MODERN.

Nothing to see here but the view. J Geiger's patented shading systems trade unsightly screws and wires for a sleek, modern design. Offering a full line of luxury motorized and manual shading products, so you can get straight to the view without distraction. Now in Miami.

jgeigershading.com   |   786.353.5998   |   info@jgeiger.com

## 2017 - Florida Design - Print Ad



Aspen   |   Charleston   |   Los Angeles   |   Miami   |   New York   |   San Francisco   |   Seattle

# J | GEIGER

SHADING TECHNOLOGY



## SIMPLY MODERN.

Nothing to see here but the view. We trade unsightly screws and wires for a sleek, minimalist design, offering a full line of luxury motorized and battery powered shades, so you can get straight to the view without distraction.

### NOW IN SEATTLE!

bfeder@j-geiger.com   |   425.891.8598   |   jgeigershading.com

**2017 - Home and Golf Magazine - Print Ad**



Aspen  |  Charleston  |  Los Angeles  |  Miami  |  New York  |  San Francisco  |  Seattle

# J | GEIGER
## SHADING TECHNOLOGY





## SIMPLY MODERN.

Nothing to see here but the view. We trade unsightly screws and wires for a sleek, minimalist design, offering a full line of luxury motorized and battery powered shades, so you can get straight to the view without distraction.

### NOW SERVING THE HAMPTONS!

info@j-geiger.com   |   1-844-543-4437   |   jgeigershading.com

**2017 - Hamptons Beach Magazine - August Print Ad**



Aspen   |   Charleston   |   Los Angeles   |   Miami   |   New York   |   San Francisco   |   Seattle

# J | GEIGER

SHADING TECHNOLOGY



## SIMPLY MODERN.

Nothing to see here but the view. We trade unsightly screws and wires for a sleek, modern design, offering a full line of luxury motorized and battery powered shades, so you can get straight to the view without distraction.

info@j-geiger.com   |   979-541-7052   |   jgeigershading.com

**2017 - Aspen Peak Print Ad**





# J | GEIGER

S H A D I N G   T E C H N O L O G Y



# SIMPLY MODERN

Nothing to hide. No visible fasteners or screws. No fascia.  Just
sleek, minimalist motorized & battery powered window shades.

A&D Building | 150 East 58th St. 3rd Floor | New York, NY 10155 | 646.927.0288 | jgeigershading.com

**2018 - A&D Building - Architect Newspaper Print Ad**



# J | GEIGER

### SHADING TECHNOLOGY



## SIMPLY MODERN

Nothing to see here but the view. We trade unsightly screws and wires for a sleek,
modern design, offering a full line of luxury motorized and battery powered shades,
so you can get straight to the view without distraction.

A&D Building
150 East 58th St. 3rd Floor New York, NY 10155
1.646.927.0288   |   jgeigershading.com

Alex Lucaci Photography and James Rixner Interiors

## 2018 - A&D Building - A&D Directory Print Ad



## 2018 - Aspen Newspaper
## February Ad



2018 - Aspen Newspaper
March Ad



2018 - Dwell - Digital Ad 1



**2018 - Dwell - Digital Ad 2**



Dwell - Digital Ad 3





J | GEIGER
SHADING TECHNOLOGY

SIMPLY MODERN.

Nothing to see here but the view. We trade unsightly screws and wires for a sleek, modern design, offering a full line of luxury motorized and battery powered shades, so you can get straight to the view without distraction.

info@J-Geiger.com   |   1-844-543-4437   |   JGeigerShading.com

also available nationally through    J Geiger Design. Savant Control.
savant.com

**2018 - Dwell - March Print Ad Featuring Savant**



# J | G E I G E R

### S H A D I N G   T E C H N O L O G Y



## S I M P L Y   M O D E R N

Nothing to see here but the view. We trade unsightly screws and wires for a sleek, modern design, offering a full line of luxury motorized and battery powered shades, so you can get straight to the view without distraction.

### Call for a free in-home estimate!
Servicing the Greater Seattle Area

425.891.8598   |   www.Jgeigershading.com   |   bfeder@J-geiger.com

**2018 - Gray Magazine - February Print Ad**



NOW SERVING THE HAMPTONS!

# J | GEIGER

SHADING TECHNOLOGY



## SIMPLY MODERN.

Nothing to see here but the view. We trade unsightly screws and wires for a sleek, minimalist design, offering a full line of luxury motorized and battery powered shades, so you can get straight to the view without distraction.

**at JANGEORGe Interior Design, 17 Madison St, Sag Harbor, NY**

Info@J-Geiger.com   |   1.646.927.1288   |   JGeigershading.com

## 2018 - Hamptons Magazine - March Print Ad





Our sleek and modern design eliminates unsightly screws, fascia and exposed wires. A full line of luxury wired and battery powered shades are available and can integrate with all major home systems. Designs range from our exposed aluminum R Series brackets to our seamlessly hidden P Series pocket system.

info@j-geiger.com   |   www.jgeigershading.com   |   816-456-6634

**2018 - Miami Modern Luxury - 2018 Spring Print Ad**