# EXHIBIT 4

 J-Geiger
**All Web Site Data**

**Audience Overview**



| Coopersburg, PA | |
|---|---|
| ⬤ | Coopersburg, PA |
| | 0.36% Sessions |

Dec 13, 2016 - Dec 19, 2017

### Overview



● Sessions

| | | |
|---|---|---|
| Sessions | Users | Pageviews |
| Coopersburg, PA | Coopersburg, PA | Coopersburg, PA |
| 110 | 70 | 602 |
| Pages / Session | Avg. Session Duration | Bounce Rate |
| Coopersburg, PA | Coopersburg, PA | Coopersburg, PA |
| 5.47 | 00:04:02 | 22.73% |
| % New Sessions | | |
| Coopersburg, PA | | |
| 60.91% | | |

● New Visitor   ● Returning Visitor

39.1%  60.9%

| | Language | Sessions | % Sessions | |
|---|---|---|---|---|
| 1. | en-us | 107 | | 97.27% |
| 2. | en-ca | 3 | | 2.73% |

© 2017 Google

J-Geiger
**All Web Site Data**

GO TO REPORT

**Acquisition Overview**

Coopersburg, PA
0.36% Sessions

Dec 13, 2016 - Dec 19, 2017

**Primary Dimension:**          **Conversion:**

Top Channels                Goal 1: Smart Goal          Edit Channel Grouping



To see all 8 Channels click here.

© 2017 Google



**Frequency & Recency**

⭕ Coopersburg, PA
0.36% Sessions

Dec 13, 2016 - Dec 19, 2017

**Distribution**

Count of Sessions

| Coopersburg, PA | Sessions | Pageviews |
|---|---|---|
| | 110 | 602 |
| | % of Total: 0.36% (30,454) | % of Total: 0.65% (93,186) |

| Count of Sessions | Sessions | Pageviews |
|---|---|---|
| 1 | 67 | 408 |
| 2 | 15 | 59 |
| 3 | 6 | 28 |
| 4 | 3 | 12 |
| 5 | 2 | 18 |
| 6 | 2 | 8 |
| 7 | 1 | 9 |
| 8 | 1 | 10 |
| 9-14 | 6 | 29 |
| 15-25 | 7 | 21 |
| 26-50 | 0 | 0 |
| 51-100 | 0 | 0 |
| 101-200 | 0 | 0 |

© 2017 Google



J-Geiger

All Web Site Data

⬚ GO TO REPORT

## Interests: Overview

◯ Coopersburg, PA
0.36% Sessions

Dec 13, 2016 - Dec 19, 2017

Key Metric:

| Affinity Category (reach) | | 0.26% of total sessions |
|---|---|---|
| 6.66% | Banking & Finance/Avid Investors | |
| 6.66% | Lifestyles & Hobbies/Business Professionals | |
| 6.05% | Shoppers/Value Shoppers | |
| 5.75% | Technology/Technophiles | |
| 5.35% | Travel/Business Travelers | |
| 5.25% | Travel/Travel Buffs | |
| 5.15% | Home & Garden/Do-It-Yourselfers | |
| 4.74% | Sports & Fitness/Health & Fitness Buffs | |
| 4.24% | Lifestyles & Hobbies/Outdoor Enthusiasts | |
| 3.83% | Lifestyles & Hobbies/Green Living Enthusiasts | |

| In-Market Segment | | 0.23% of total sessions |
|---|---|---|
| 12.35% | Home & Garden/Home Decor/Lights & Fixtures | |
| 9.16% | Home & Garden/Home Decor | |
| 9.16% | Travel/Air Travel | |
| 9.16% | Travel/Hotels & Accommodations | |
| 8.76% | Software/Business & Productivity Software | |
| 7.97% | Home & Garden/Home Improvement | |
| 7.57% | Consumer Electronics/Mobile Phones | |
| 7.57% | Home & Garden/Home & Garden Services | |
| 6.37% | Financial Services/Investment Services | |
| 6.37% | Home & Garden/Home Appliances | |

| Other Category | | 0.25% of total sessions |
|---|---|---|
| 28.79% | Computers & Electronics/Consumer Electronics/Home Automation | |
| 27.27% | Home & Garden/Home Furnishings/Lamps & Lighting | |
| 24.24% | News/Weather | |
| 19.70% | Science/Astronomy | |
| 0.00% | Arts & Entertainment/Celebrities & Entertainment News | |
| 0.00% | Arts & Entertainment/Comics & Animation/Anime & Manga | |
| 0.00% | Arts & Entertainment/Comics & Animation/Cartoons | |
| 0.00% | Arts & Entertainment/Comics & Animation/Comics | |
| 0.00% | Arts & Entertainment/Entertainment Industry | |
| 0.00% | Arts & Entertainment/Entertainment Industry/Film & TV Industry/Film & TV Awards | |

© 2017 Google



J-Geiger
All Web Site Data

GO TO REPORT

**New vs Returning**

⭕ Coopersburg, PA
0.36% Sessions

Dec 13, 2016 - Dec 19, 2017

**Explorer**

Summary



● Sessions

| User Type | Acquisition | | | Behavior | | | Conversions | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sessions | % New Sessions | New Users | Bounce Rate | Pages / Session | Avg. Session Duration | Goal Conversion Rate | Goal Completions | Goal Value |
| **Coopersburg, PA** | 110<br>% of Total:<br>0.36%<br>(30,454) | 60.91%<br>Avg for View:<br>75.73%<br>(-19.57%) | 67<br>% of Total:<br>0.29%<br>(23,064) | 22.73%<br>Avg for View:<br>56.51%<br>(-59.78%) | 5.47<br>Avg for View:<br>3.06<br>(78.85%) | 00:04:02<br>Avg for View:<br>00:01:53<br>(113.64%) | 0.00%<br>Avg for View:<br>0.00%<br>(0.00%) | 0<br>% of Total:<br>0.00%<br>(0) | $0.00<br>% of Total:<br>0.00%<br>($0.00) |
| 1.   New Visitor | 67<br>(60.91%) | 100.00% | 67<br>(100.00%) | 22.39% | 6.09 | 00:04:20 | 0.00% | 0<br>(0.00%) | $0.00<br>(0.00%) |
| 2.   Returning Visitor | 43<br>(39.09%) | 0.00% | 0<br>(0.00%) | 23.26% | 4.51 | 00:03:35 | 0.00% | 0<br>(0.00%) | $0.00<br>(0.00%) |

Rows 1 - 2 of 2

© 2017 Google



**Pages**

| | Cooopersburg, PA |
| --- | --- |
| | 0.65% Pageviews |

GO TO REPORT

**Explorer**

Dec 13, 2016 - Dec 19, 2017

● Pageviews



50
25

January 2017          April 2017          July 2017          October 2017

| Page | Pageviews | Unique Pageviews | Avg. Time on Page | Entrances | Bounce Rate | % Exit | Page Value |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Cooopersburg, PA** | 602<br>% of Total:<br>0.65%<br>(93,186) | 487<br>% of Total:<br>0.65%<br>(74,633) | 00:00:54<br>Avg for View:<br>00:00:55<br>(-1.61%) | 110<br>% of Total:<br>0.36%<br>(30,454) | 22.73%<br>Avg for View:<br>56.51%<br>(-59.78%) | 18.27%<br>Avg for View:<br>32.68%<br>(-44.09%) | $0.00<br>% of Total:<br>0.00%<br>($0.00) |
| 1.  / | **107**<br>(17.77%) | 92<br>(18.89%) | 00:00:44 | 89<br>(80.91%) | 21.35% | 25.23% | $0.00<br>(0.00%) |
| 2.  /products | **60**<br>(9.97%) | 45<br>(9.24%) | 00:00:43 | 2<br>(1.82%) | 0.00% | 11.67% | $0.00<br>(0.00%) |
| 3.  /portfolio/images/ | **54**<br>(8.97%) | 45<br>(9.24%) | 00:00:57 | 0<br>(0.00%) | 0.00% | 33.33% | $0.00<br>(0.00%) |
| 4.  /products/r-series/ | **39**<br>(6.48%) | 30<br>(6.16%) | 00:01:36 | 4<br>(3.64%) | 25.00% | 30.77% | $0.00<br>(0.00%) |
| 5.  /manufacturing/ | **35**<br>(5.81%) | 31<br>(6.37%) | 00:00:22 | 0<br>(0.00%) | 0.00% | 11.43% | $0.00<br>(0.00%) |
| 6.  /installation/ | **32**<br>(5.32%) | 27<br>(5.54%) | 00:01:44 | 1<br>(0.91%) | 0.00% | 9.38% | $0.00<br>(0.00%) |
| 7.  /about-us/ | **28**<br>(4.65%) | 22<br>(4.52%) | 00:01:20 | 1<br>(0.91%) | 0.00% | 25.00% | $0.00<br>(0.00%) |
| 8.  /products/d-series/ | **23**<br>(3.82%) | 18<br>(3.70%) | 00:00:19 | 1<br>(0.91%) | 0.00% | 13.04% | $0.00<br>(0.00%) |
| 9.  /products/p-series/ | **23**<br>(3.82%) | 21<br>(4.31%) | 00:00:17 | 0<br>(0.00%) | 0.00% | 13.04% | $0.00<br>(0.00%) |
| 10.  /series/r-series/ | **21**<br>(3.49%) | 14<br>(2.87%) | 00:03:09 | 3<br>(2.73%) | 66.67% | 14.29% | $0.00<br>(0.00%) |

Rows 1 - 10 of 33

© 2017 Google



# Users Flow

Dec 13, 2016 - Dec 19, 2017



Coopersburg, PA
0.36% Sessions



© 2017 Google

J-Geiger
**All Web Site Data**

**Location**

ALL » COUNTRY: United States

Dec 21, 2016 - Dec 28, 2017

All Users
93.54% Sessions

**Map Overlay**

Summary



17 ▭▭▭▭ 7,122

| Region | Acquisition | | | Behavior | | | Conversions Goal 1: Smart Goal | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sessions | % New Sessions | New Users | Bounce Rate | Pages / Session | Avg. Session Duration | Smart Goal (Goal 1 Conversion Rate) | Smart Goal (Goal 1 Completions) | Smart Goal (Goal 1 Value) |
| | 28,871 % of Total: 93.54% (30,865) | 75.27% Avg for View: 75.77% (-0.66%) | 21,730 % of Total: 92.92% (23,386) | 56.43% Avg for View: 56.58% (-0.27%) | 3.06 Avg for View: 3.05 (0.24%) | 00:01:53 Avg for View: 00:01:53 (0.06%) | 0.05% Avg for View: 0.05% (0.22%) | 15 % of Total: 93.75% (16) | $0.00 % of Total: 0.00% ($0.00) |
| 1. California | 7,122 (24.67%) | 75.26% | 5,360 (24.67%) | 57.85% | 3.04 | 00:01:46 | 0.06% | 4 (26.67%) | $0.00 (0.00%) |
| 2. New York | 5,897 (20.43%) | 79.75% | 4,703 (21.64%) | 59.39% | 2.86 | 00:01:30 | 0.05% | 3 (20.00%) | $0.00 (0.00%) |
| 3. Florida | 2,201 (7.62%) | 74.78% | 1,646 (7.57%) | 55.29% | 2.86 | 00:01:51 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 4. Washington | 1,956 (6.77%) | 76.79% | 1,502 (6.91%) | 64.98% | 2.61 | 00:01:23 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 5. South Carolina | 1,888 (6.54%) | 51.06% | 964 (4.44%) | 36.23% | 4.34 | 00:03:59 | 0.11% | 2 (13.33%) | $0.00 (0.00%) |
| 6. Colorado | 990 (3.43%) | 59.70% | 591 (2.72%) | 46.16% | 3.34 | 00:02:39 | 0.10% | 1 (6.67%) | $0.00 (0.00%) |
| 7. New Jersey | 958 (3.32%) | 84.97% | 814 (3.75%) | 68.16% | 2.46 | 00:01:16 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 8. North Carolina | 713 (2.47%) | 66.06% | 471 (2.17%) | 47.97% | 3.03 | 00:02:06 | 0.14% | 1 (6.67%) | $0.00 (0.00%) |
| 9. Pennsylvania | 671 (2.32%) | 82.12% | 551 (2.54%) | 61.40% | 2.88 | 00:01:22 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 10. Texas | 635 (2.20%) | 78.74% | 500 (2.30%) | 51.18% | 3.52 | 00:02:18 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |

Rows 1 - 10 of 52

 J-Geiger

# All Web Site Data

## Location

ALL » COUNTRY: United States » REGION: Pennsylvania

Dec 21, 2016 - Dec 28, 2017

All Users
2.17% Sessions

**Map Overlay**

Summary



1 ▭▭▭▭ 306

| City | Acquisition | | | Behavior | | | Conversions Goal 1: Smart Goal | | |
|------|---|---|---|---|---|---|---|---|---|
| | Sessions | % New Sessions | New Users | Bounce Rate | Pages / Session | Avg. Session Duration | Smart Goal (Goal 1 Conversion Rate) | Smart Goal (Goal 1 Completions) | Smart Goal (Goal 1 Value) |
| | 671<br>% of Total:<br>2.17%<br>(30,863) | 82.12%<br>Avg for View:<br>75.77%<br>(8.38%) | 551<br>% of Total:<br>2.36%<br>(23,384) | 61.40%<br>Avg for View:<br>56.58%<br>(8.52%) | 2.88<br>Avg for View:<br>3.05<br>(-5.71%) | 00:01:22<br>Avg for View:<br>00:01:53<br>(-27.62%) | 0.00%<br>Avg for View:<br>0.05%<br>(-100.00%) | 0<br>% of Total:<br>0.00%<br>(16) | $0.00<br>% of Total:<br>0.00%<br>($0.00) |
| 1. Philadelphia (pop 1.568 mil) | 306<br>(45.60%) | 88.24% | 270<br>(49.00%) | 76.47% | 1.92 | 00:00:34 | 0.00% | 0<br>(0.00%) | $0.00<br>(0.00%) |
| 2. Coopersburg (pop 2,478) | 111<br>(16.54%) | 61.26% | 68<br>(12.34%) | 22.52% | 5.56 | 00:04:01 | 0.00% | 0<br>(0.00%) | $0.00<br>(0.00%) |
| 3. Pittsburgh | 21<br>(3.13%) | 100.00% | 21<br>(3.81%) | 47.62% | 2.67 | 00:00:35 | 0.00% | 0<br>(0.00%) | $0.00<br>(0.00%) |
| 4. Allentown | 17<br>(2.53%) | 64.71% | 11<br>(2.00%) | 35.29% | 4.29 | 00:01:20 | 0.00% | 0<br>(0.00%) | $0.00<br>(0.00%) |
| 5. Levittown | 13<br>(1.94%) | 38.46% | 5<br>(0.91%) | 7.69% | 7.00 | 00:07:22 | 0.00% | 0<br>(0.00%) | $0.00<br>(0.00%) |
| 6. Erie | 9<br>(1.34%) | 100.00% | 9<br>(1.63%) | 55.56% | 4.78 | 00:03:51 | 0.00% | 0<br>(0.00%) | $0.00<br>(0.00%) |
| 7. Lancaster | 8<br>(1.19%) | 62.50% | 5<br>(0.91%) | 62.50% | 4.00 | 00:00:51 | 0.00% | 0<br>(0.00%) | $0.00<br>(0.00%) |
| 8. Danville | 7<br>(1.04%) | 14.29% | 1<br>(0.18%) | 57.14% | 4.14 | 00:01:07 | 0.00% | 0<br>(0.00%) | $0.00<br>(0.00%) |
| 9. Villanova | 6<br>(0.89%) | 50.00% | 3<br>(0.54%) | 66.67% | 1.83 | 00:00:15 | 0.00% | 0<br>(0.00%) | $0.00<br>(0.00%) |
| 10. Scranton | 5<br>(0.75%) | 80.00% | 4<br>(0.73%) | 60.00% | 1.80 | 00:00:15 | 0.00% | 0<br>(0.00%) | $0.00<br>(0.00%) |

Rows 1 - 10 of 129

J-Geiger
**All Web Site Data**

**User Report**

GO TO REPORT

| Sessions (LTV) | Session Duration (LTV) | Revenue (LTV) | Transactions (LTV) | Goal Comple |
|---|---|---|---|---|
| 42 | 03:49:30 | $0.00 | 0 | 0 |
| Sessions (Current): 21 | Session Duration (Current): 01:54:45 | Revenue (Current): $0.00 | Transactions (Current): 0 | Goal Comple |

**Client Id**
343105503.1485437689

**Date Last Seen**
Dec 19, 2017

**Device Category**
desktop

**Device Platform**
web

**Acquisition**
Date
Jan 26, 2017

Channel
(not set)

Source / Medium
(not set)

Campaign
(not set)
(organic)

Return to User Explorer Report

Filter by
4 selected

Sort by
Descending

Create Segment       Expand All       Collapse All

Dec 19, 2017

| 10:32 AM | 00:42 | Organic Search |

Dec 8, 2017

| 11:53 AM | 00:11 | Organic Search |

Dec 5, 2017

| 11:27 AM | 00:04 | Organic Search |

Nov 30, 2017

| 8:57 AM | 00:05 | Organic Search |

Nov 29, 2017

| 4:59 PM | 10:24 | Organic Search |

Nov 21, 2017

| 12:57 PM | 00:09 | Organic Search |

Sep 21, 2017

| 11:00 AM | 00:00 | Organic Search |

Aug 22, 2017

| 2:16 PM | 00:01 | Organic Search |
| 11:36 AM | 38:11 | Organic Search |

Aug 1, 2017

| 10:25 AM | 00:49 | Organic Search |

Jul 3, 2017

| 11:57 AM | 00:00 | Organic Search |

Apr 27, 2017

| 10:32 AM | 00:54 | Organic Search |

Apr 21, 2017

| 11:22 AM | 13:54 | Organic Search |

| 9:33 AM | 23:27 | Organic Search |
|---|---|---|

**Mar 14, 2017**

| **1:24 PM** | 08:30 | Organic Search |
|---|---|---|

**Mar 8, 2017**

| **1:53 PM** | 06:04 | Organic Search |
|---|---|---|
| **10:42 AM** | 06:37 | Organic Search |

**Mar 2, 2017**

| **9:34 AM** | 01:47 | Organic Search |
|---|---|---|

**Feb 27, 2017**

| **4:49 PM** | 02:24 | Organic Search |
|---|---|---|

**Feb 21, 2017**

| **8:24 AM** | 00:21 | Organic Search |
|---|---|---|

© 2017 Google









