IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEIGTECH EAST BAY LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>LUTRON ELECTRONICS CO., INC.,<br>               Defendant. | Civil Action No. 1:18-cv-05290<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF GARY R. SORDEN IN SUPPORT OF
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

1. My name is Gary R. Sorden. I am over 18 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts stated herein. I have personal knowledge of the facts in this declaration, and they are true and correct.

2. I am an attorney licensed in the state of Texas and have been retained to represent Geigtech East Bay LLC d/b/a J Geiger ("J Geiger") in this matter.

3. Exhibit 1 to this declaration are J. Geiger's claim charts comparing the claims 9 and 15 of United States Patent No. 9,237,821 and Defendant Lutron Electronics Co. Inc.'s ("Lutron") Palladiom Shading System.

4. Exhibit 2 to this declaration is a true and correct copy of the file Palladiom_Shading_System_Brochure.pdf cited in J Geiger's infringement charts and available from Lutron's website at:

http://www.lutron.com/TechnicalDocumentLibrary/Palladiom_Shading_System_Brochure.pdf

5. The URL from which Exhibit 2 was downloaded was last visited on June 5, 2018.

6. Exhibit 3 to this declaration is a true and correct copy of the file Palladiom_Shading_System_Spec_Submittal.pdf cited in J Geiger's infringement charts and

available from Lutron's website at:

http://www.lutron.com/TechnicalDocumentLibrary/Palladiom_Shading_System_Spec_Submittal.pdf

7. The URL from which Exhibit 3 was downloaded was last visited on June 5, 2018.

8. J Geiger's infringement charts also contain true and correct cropped screen shots from this video on YouTube: https://youtu.be/p_n5AMkXp_s?t=177. This URL was last visited on June 5, 2018.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2018                     /s/ Gary R. Sorden
                                              Gary R. Sorden