# EXHIBIT 3

**LUTRON**  Exposed Motorized Shade

# Palladiom Shading System

085560c 1 02.02.18

Lutron Palladiom Motorized Roller Shades are ideal for exposed applications. Controlled by an ultra-quiet, precision Sivoia QS Palladiom drive, these shades are mounted on solid aluminum brackets that completely conceal wiring and offer a refined aesthetic in a variety of finishes to match any setting.



## Features

- Single shades up to 12 ft (3.66 m) wide
- Single shades up to 12 ft (3.66 m) tall
- Symmetrical light gaps, as small as ½ in (12 mm)
  **NOTE:** At high aspect ratio (tall and narrow) shade sizes, Lutron may apply a fabric deduction, which increases the size of the light gaps to compensate for the increased probability of telescoping
- Shades move in unison, maintaining alignment within ⅛ in (3 mm) at all times
- Bottom bar speed: 3.6 in/sec (91.4 mm/sec)
- Solid aluminum shade brackets with concealed fasteners, available in a variety of finishes
- Ideally paired with the Palladiom Bottom Rail, available in matching finishes
- Available with a wide variety of fabric types, including sheer, translucent, and room darkening fabrics
- Power failure memory for the lifetime of the product
- Available in QS Wired and QS Wireless configurations
- Designed to provide a means to completely conceal wiring and control/programming buttons
  - Control/programming buttons are easily accessed behind the finishing ring on the drive bracket (for details, see **Finishing Rings** on page 6)
- Idler can be extended ⅛ in (3 mm) to allow for installation tolerance. Extending the idler increases the bracket-to-bracket width of the shade, as well as the light gap on the idler side of the shade.

## Power and Communication

- Low-voltage power and communication in a single 4-wire cable
- Compatible power sources
  - Individual Plug-In (QSPS-P1-1-35V)
  - 10-Output Power Panels (QSPS-10PNL, QSPSY-10PNL)
  - Configurable Power Panels (QSPS-10PNL-NPM, QSPS-30PNL-NPM, [with WIN-PS-5CC-R installed])
- Connector provided with shade is compatible with 16-24 AWG solid or stranded wire (when using the wire housing WIN-WM-BOX-10, stranded wire is recommended due to its greater flexibility)

## Accessories

- Wire management kit to help eliminate exposed wiring
- Bracket shims for each bracket type

**IMPORTANT:** Palladiom shades must be mounted to blocking or other suitable structural material. It is the responsibility of the installer to choose and install fasteners that are appropriate for the mounting surface such that each shade bracket can support 400 lbs (181 kg). For shades not in the Palladiom shade family, please contact Lutron for mounting guidelines.

**☀ LUTRON**   SPECIFICATION SUBMITTAL   Page

| Job Name: | Model Numbers: |
|---|---|
| Job Number: | |

# Specifications

## Low Voltage Power
- Operating voltage: Class 2, 35 V⎓
- Power supply offers overvoltage protection (+/-10% of line voltage) for all devices in the system
- Power supply provides appropriate Electrostatic Discharge (ESD) protection for all devices in the system
- Power failure protection: Programming will not be lost if power is lost to the drive
- Power must be derived from a Lutron NEC® Class 2 power source

## Flexible Configuration
- Digitally assign and reassign shades to controls, groups, and scenes
- Adjust limits locally via controls on the EDU
- Remotely adjust limits and grouping of QS shades via wired controls or system (HomeWorks QS, myRoom, Quantum)
- Remotely adjust limits and grouping of QS Wireless shades via system (HomeWorks QS, Radio RA 2, RA 2 Select, Caséta PRO)
- No wired relays or wired group controllers required

## System Capacity
- Standalone QS configuration supports 100 QS devices
- Standalone QS configuration supports 100 QS zones

## Environment
- Temperature: 32° - 104° F (0° - 40° C)
- Humidity: 0% - 90%, non-condensing

## Precision Control
- Preset positions can be easily programmed at any point between the open and close limits
- Shades stop within $\frac{1}{8}$ in (3 mm) of programmed open, close, and preset positions
- Intelligent Hembar Alignment (IHA): Shades remain within $\frac{1}{8}$ in (3 mm) alignment when stopped or moving

## Controls
- QS shades and controls in a system are wired together on the same communications link
- QS shades are compatible with HomeWorks QS, myRoom, and Quantum control systems
- QS Wireless shades are compatible with HomeWorks QS, RadioRA 2, RA 2 Select, and Caséta PRO control systems
- Shades can be controlled by built-in shade columns on a GRAFIK Eye QS, or by low-voltage seeTouch QS keypads
- Shades can be controlled using a Pico or 4-Group Remote Control
- Shades can be controlled by Radio Window sensors when installed as part of a HomeWorks QS or Quantum system

## Integration
- EDUs seamlessly integrate with Lutron lighting controls
- Contact closure, RS232, and Ethernet available to integrate with A/V equipment such as timeclocks, security systems, and touch screens

---

**☼LUTRON**   SPECIFICATION SUBMITTAL                                           Page

| Job Name: | Model Numbers: |
|---|---|
| Job Number: | |

**LUTRON** Palladiom Shading System                              Exposed Motorized Shade

085560c 3 02.02.18

# Dimensions



# Installed Shade

## Wall Mount (outside mount)



# Measurements & Deductions

### Bracket-to-Bracket Width Deductions

- Outside-mount shades: no deduction
- Inside-mount single and 2-shade systems: 1⁄16 in (1.6 mm)
- Inside-mount systems with 3 or more shades:
  1⁄16 in (1.6 mm) deduction applies only to first and last shade



Example: Inside-Mount Multi-Shade System

### Fabric Deductions

- Lutron may apply fabric deductions to tall, narrow shades
  – Maximum fabric deduction of 1⁄4 in (6 mm) per side, resulting in a light gap of 3⁄4 in (19 mm) per side
  – Fabric deduction does not reveal a bare shade tube; Palladiom shades feature a finished sleeve that matches the bracket to provide a clean appearance



**LUTRON**   SPECIFICATION SUBMITTAL                                    Page

| Job Name: | Model Numbers: |
|---|---|
| Job Number: | |

**LUTRON** Palladiom Shading System                    Exposed Motorized Shade

085560c 4 02.02.18

## Shade Options

### Mounting Options



Inside Mount

Outside Mount

### Drive Side Options



Left Side

Right Side

### Fabric Drop Options



Regular Roll

Reverse Roll

**NOTE:** Reverse roll is recommended for dual-sided fabric, otherwise the shade roll will be a different color than the hanging fabric.

### Bottom Bar Options



1.   2.   3.   4.   5.

1. Palladiom Bottom Rail*
2. Half-Wrap Architectural Bottom Bar with Metal Endcaps*
3. Half-Wrap Architectural Bottom Bar with Plastic Endcaps
4. Designer
5. Sealed (available in $\tfrac{3}{16}$ x 1 in [5 x 25 mm] or $\tfrac{7}{16}$ x 1 $\tfrac{3}{8}$ [11 x 35 mm])

\* Finishes available:
- Pure White
- Clear Anodized
- Black Anodized
- Satin Nickel

**NOTE:** Bottom bar may be ordered in different finish than brackets

---

**LUTRON**  SPECIFICATION SUBMITTAL                                        Page

| Job Name:   | Model Numbers: |
|---|---|
| Job Number: |  |

**LUTRON** Palladiom Shading System                                Exposed Motorized Shade

085560c 5 02.02.18

## Mounting Options

Palladiom mounting brackets and accessories are made from solid aluminum and are available in 4 standard finishes.
- Finishes available: Clear Anodized, Black Anodized, Satin Nickel, Pure White
  **NOTE:** Brackets may be ordered in different finish than bottom bar
- Maximum fabric roll-up: 3 in (76 mm)
- Aesthetic enhancements for clean, finished appearance (details on following page)
- Shims for end and center brackets can be used to level the shade (ceiling mount) or increase projection (wall mount)
- Shims for jamb brackets can be used to adjust the fit of the shade between the window jambs

### End Bracket



**End Bracket Shim**
(sold separately in packs of 10)



Finishes available:
- Clear Anodized:
  WIN-SHIM-LWC-CLA
- Black Anodized:
  WIN-SHIM-LWC-BLA
- Pure White:
  WIN-SHIM-LWC-PWH

### Center Bracket
(1) bracket supports 2 shades
(shades are not coupled)



Wall Mount



3.00 in (76 mm)    1.90 in (48 mm)    2.00 in (51 mm)

Ceiling Mount



2.00 in (51 mm)    1.90 in (48 mm)    3.00 in (76 mm)

**Center Bracket Shim**
(sold separately in packs of 10)

Finishes available:
- Clear Anodized:
  WIN-SHIM-LT-CLA
- Black Anodized:
  WIN-SHIM-LT-BLA
- Pure White:
  WIN-SHIM-LT-PWH

### Jamb Bracket



Inside Mount



2.00 in (51 mm)

Preferred orientation:    Alternate orientation:

Window

1.86 in (47 mm)

**NOTE:** Use the flat edge as a reference to orient and mount the jamb bracket square to the window.

**Jamb Bracket Shim**
(sold separately in packs of 10)



Finishes available:
- Clear Anodized:
  WIN-SHIM-LJ-CLA
- Black Anodized:
  WIN-SHIM-LJ-BLA
- Pure White:
  WIN-SHIM-LJ-PWH

**☀ LUTRON**   SPECIFICATION SUBMITTAL                                Page

| Job Name:    | Model Numbers: |
|--------------|----------------|
| Job Number:  |                |

Case 1:18-cv-05290-CM   Document 12-10   Filed 06/21/18   Page 7 of 8
**LUTRON** Palladiom Shading System                                      Exposed Motorized Shade

085560c 6 02.02.18

# Aesthetic Enhancements

## Concealed Wiring

Bracket-integrated power connection combines with in-wall wire management accessories (details on following page), for fully-concealed wiring



## Finishing Rings

Each bracket includes a finishing ring in matching finish (center bracket includes 2), to conceal the bracket-shade interface



## Screw Covers

Each bracket includes a screw cover in matching finish (not applicable to jamb bracket; center bracket includes 2)



| ☀LUTRON SPECIFICATION SUBMITTAL | | Page |
|---|---|---|
| Job Name: | Model Numbers: | |
| Job Number: | | |

085560c 7 02.02.18

# Wire Management

## Wire Housing

Wire housing for installation inside wall or trim secures, protects, and allows access to the shade's electrical connection. Can be installed beneath the bracket or concealed using the Spackle Ring and Plug.



Package of 10:
WIN-WM-BOX-10

1.20 in (30.5 mm)
0.62 in (16 mm)
0.78 in (20 mm)
3.50 in (89 mm)

## Spackle Ring & Plug

Preserves clean wire entry during wall finishing, and provides bite for spackle in the transition area.
Lutron recommends positioning the spackle ring behind the fabric roll, (if conditions allow), to maintain a clean aesthetic.



1.00 in (25 mm)

Package of 10 rings, 10 plugs:
WIN-WM-SR-10

3.50 in (89 mm)

---

**LUTRON** SPECIFICATION SUBMITTAL                                              Page

| Job Name:    | Model Numbers: |
|--------------|----------------|
| Job Number:  |                |

Lutron, Palladiom, Sivoia, seeTouch, GRAFIK Eye, HomeWorks, Quantum, Caseta, and myRoom are trademarks of Lutron Electronics Co., Inc., registered in the U.S. and other countries.