IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEIGTECH EAST BAY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LUTRON ELECTRONICS CO., INC.,<br>    Defendant. | Civil Action No. 1:18-cv-05290<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF ANTHONY O'CONNOR

1. My name is Anthony O'Connor. I am over 18 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts stated herein. I have personal knowledge of the facts in this declaration, and they are true and correct.

2. I am the Director of Market Operations at J Geiger. I have worked at J Geiger for over a year.

3. On May 4, 2018, I attended the Hospitality Design ("HD") Expo in Las Vegas, Nevada. While there, I made an audio recording of a conversation I had with a sales representative for Lutron Electronics Co., Inc. regarding Lutron's Palladiom shading system.

4. Exhibit 1 to this declaration is a true and correct copy of a transcription made of the conversation I recorded with the Lutron sales representative.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2018

                      _____
                      Anthony O'Connor