# EXHIBIT 1

**Transcript of Conversation Between Lutron Sales Representative and Anthony O'Connor at HP Expo in Las Vegas, Nevada on May 4, 2018.**

Dialogue between Lutron Sales Representative and Anthony O'Connor starts at 1:32 in recording.

**Lutron Representative ("L"): Hi**

**Anthony O'Connor ("A"): Hi, Anthony. Nice to meet you.**

**L: Nice to meet you too [Sylvana] with Lutron.**

**A: [Sylvana]?**

**L: Yes**

**A: I had some questions on a product, but I don't see it on display in there.**

**L: From Lutron, or?**

**A: From Lutron.**

**L: What questions you have?**

**A: Umm you guys have new shades coming out?**

**L: Yes, yes we do.**

**A: Palladiom?**

**L: Yes.**

**A: Can you tell me a little bit about them?**

**L: Yes, it's a new luxury design to meet… to work with our Palladiom controls. I don't know if you are familiar with this. This is a high-end line… the Palladiom shades basically they will be like… they have a unique design that you can use it without the fascia. They have finish…they are available in multiple finishes. We can actually send you a brochure or email you some more information in detail of the shades if you would like.**

**A: Yah the design's umm really cool.**

**L: It is.**

**A: It's what, circles and U's right?**

L: Yes.

A: So, where did that design come from? It's it's like totally un..

L: **Yes. It's something unique and that's why we got it available. The design, it was a result of a lot of research and development.** Basically it's to match of that look of our Palladiom K-pods. I actually. I don't know if you know [unintelligible] from Lutron? She calls on your… She is she is based out of…

A: Oh Santa Rosa?

L: No, no Santa Rosa, but she is in LA…

A: …San Fransico?...

L: LA or San Fransico. She covers the Palladiom. If you like, I could have her send you more info or have her visit you.

A: Yah absolutely.

L: Do you have a card?

A: No, I didn't bring one with me.  I'm so sorry.  I might have one at the hotel room.

L: Maybe, I don't have the scanner for this, but I'll take a picture here.

A: Okay.

L: Ah, here.  [Unintelligible] Is this working….I don't know what it will show….Experiment…

A: So, um, what have customers said about Piladium? Have you guys sold a lot or?

L: Well it's new and we have a very limited distribution at this point. Ummm yes, the feedback is very positive. Do you have… What do you guys do normally?  What type of products?

A: Uhh well I, I sold Lutron shades for the um past 9 years..

L: Okay..

A: … At Magnolia audio video before working with this company.

L: Uh-huh

2

A: Ummm and Ummm, ughh what did we sell? It was like the Athena line or…

L: Yes, Alena and then we have Sivoia QS.

A: Sivoia QS, yes that was.. that's the Lutron I am most familiar with.

L: Ohh.

A: Um, so, but this is just a completely different design.

L: It is, it is really cool. And I am sending her your info. What is your email address?

A: Anthony r oconner…

L: roconner…

A: @gmail.com

L: Anthony r oconner, so… what is.. okay, and the company is Avi? And this is a distributer? What is it? What do they do?

A: Ummm I do a lot of integration. So, I do a lot of programming, umm for, for when I am working. Umm I've been in the AV industry for the past eleven years now.

L: um hm

A: So, I've worked um.. I don't know if you've heard of House of Music? I used to work at House of Music.

L: Okay, yes.

A: Umm, Magnolia Audio Video, being a sales manager there.

L: Oh

A: That's, that's where I do, did most of my training on Lutron before I started doing the whole integration piece.

L: Okay

A: Umm, but, umm.. ya I mean it just looks like a…something that… do you have dementions? It's something that I could really…

L: …for Palladiom?

A: Yes, for Palladiom, I could really see it…

3

L: She will, I have just sent her an email and cc you on it. Umm she will send you more info about it, but it is on the website though.

A: I, I'm trying to um overcome objections.

L: Okay.

A: And, umm I have a client with a boutique hotel in Texas. Beause I go everywhere.

L: Right.

A: Um, and they are looking at um J Geiger shades.

L: Oh. Okay.

A: Have you heard of them?

L: No.

A: Okay, trying to figure out what the…

L: But, you know who would know is [unclear]. She is the expert of shades. Um, the one that I wanted - I am putting you in contact with.

A: Okay.

L: She will be able to send you, to tell more about it.

A: Okay, but she's not here?

L: She just left, she um, she was here yesterday and she left. She, she is based out of California but, yes, I think you should definitely get in contact with her.

A: Okay, cool.

L: Yes, so you are working the show?

A: Um, I'm actually, just researching and checking everything out.

L: Researching? Anything interesting you found?

A: Um, well, the Palladiom.

L: Ya,ya

4

**A: I just wish I could see it.**

L: Well we've had it.. like ya

**A: But ya, so the main thing about that is just the design. The circle…**

L: The circle…

**A: And, uh, U shape.**

L: Yes, U shape.

**A: Okay**

L: Right, so we will send you some info.

**A: Great, thank you so much.**

L: You're welcome, you're welcome.

5