**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEIGTECH EAST BAY LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>LUTRON ELECTRONICS CO., INC.,<br><br>        Defendant. | Civil Action No. 1:18-cv-05290 (PAE)<br><br>**JURY TRIAL DEMANDED** |

### **[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's Motion for Preliminary Injunction, the parties' briefing, and oral argument, this Court finds that Plaintiff has demonstrated a need for preliminary injunctive relief in this case. **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.

Plaintiff has shown (1) a likelihood of success on its patent and trade dress infringement causes of action; (2) that it will suffer irreparable injury if the injunction is not granted; (3) that the balance of equities tip in its favor; and that (4) a preliminary injunction strongly favors the public interest. *See Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 19 (2008).

Accordingly, it is hereby **ORDERED** that, pending a trial on the merits, Defendant and all its respective officers, agents, servants, employees, attorneys, and persons acting in concert of participation with them are hereby preliminarily enjoined from making, marketing, offering for sale, or selling Lutron's Palladiom Shading System or any shading system of substantially the same design, pending the outcome of this proceeding.

**IT IS SO ORDERED this _____ day of _____, 2018.**

                                                                        UNITED STATES DISTRICT JUDGE