## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEIGTECH EAST BAY LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LUTRON ELECTRONICS CO., INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 1:18-cv-05290 (PAE)<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

　　Plaintiff GeigTech East Bay LLC ("J Geiger") hereby moves pursuant to Federal Rules of Civil Procedure 16 and 26 for expedited discovery. The grounds for this motion are fully set forth in (1) Plaintiff's Memorandum in Support of Expedited Discovery and (2) Declaration of Gary R. Sorden, executed on June 15, 2018.[1]

　　WHEREFORE, J Geiger respectfully requests the Court enter the attached order granting this motion for expedited discovery, and for such other and further relief as this Court deems proper.

---

[1] J Geiger further relies on Plaintiff's Motion for Preliminary Injunction, the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction, and all attached declarations and exhibits, which are concurrently filed herewith and hereby incorporated by reference.

Dated: June 21, 2018	Respectfully submitted,

/s/ *Jeffrey I. Kaplan*
Jeffrey I. Kaplan  (JK  4706)
Michael R. Gilman  (MG  7608)
KAPLAN BREYER SCHWARZ, LLP
100 Matawan Rd., Ste 120
Matawan,  NJ  07747
Telephone:  732-578-0103
Telephone ext. 231 Kaplan and 233 Gilman
Facsimile:  732-578-0104
jkaplan@kbsiplaw.com
mgilman@kbsiplaw.com


/s/ *Pro Hac Vice Applications Forthcoming*
Gary R. Sorden
Texas Bar No. 24066124
gary.sorden@klemchuk.com
Brian L. King
Texas Bar No. 24055776
brian.king@klemchuk.com
KLEMCHUK LLP
8150 N. Central Expressway
10th Floor
Dallas, Texas 75206
Tel: 214-367-6000
Fax: 214-367-6001

**ATTORNEY FOR PLAINTIFF
GEIGTECH EAST BAY LLC**


## CERTIFICATE OF SERVICE

The undersigned certifies that Defendant Lutron Electronics Co., Inc. was served with a copy of this document via process server on June 21, 2018.

/s/ *Jeffrey I. Kaplan*
Jeffrey I. Kaplan