# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEIGTECH EAST BAY LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>LUTRON ELECTRONICS CO., INC.,<br><br>        Defendant. | Civil Action No. 1:18-CV-05290 (PAE)<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING EXPEDITED DISCOVERY

Upon consideration of Plaintiff's Motion for Expedited Discovery ("Plaintiff's Motion"), the parties' briefing, and oral argument, this Court finds that Plaintiff has demonstrated a need for preliminary injunctive relief in this case. **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.

Accordingly, it is hereby **ORDERED** that the parties shall engage in expedited discovery relating to Plaintiff's motion for preliminary injunction. Discovery shall proceed as follows:

   i. The expedited discovery period shall commence immediately and end seven (7) days prior to the preliminary injunction hearing;

   ii. Defendant shall respond to the document requests served with Plaintiff's Motion within twenty-one (21) days of the date of service;

   iii. Plaintiff will respond to any document requests that Lutron may serve within twenty-one (21) days of the date of service;

   iv. Plaintiff may take a deposition (or, if necessary, depositions) of Defendant pursuant to Rule 30(b)(6) of the Federal Rules of Procedure, as well as

        depositions of any experts or witnesses on whose testimony Defendant may rely in opposing Plaintiff's Motion; and

   v.   Defendant may take a deposition (or, if necessary, depositions) of Plaintiff pursuant to Rule 30(b)(6) of the Federal Rules of Procedure, as well as depositions of any experts or witnesses on whose testimony Plaintiff may rely in supporting Plaintiff's motion.

**IT IS FURTHER ORDERED** that the parties and their respective counsel shall appear before this Court at _____ o'clock __.m. on _____, 2018 for a hearing on Plaintiff's Motion for Preliminary Injunction.

**IT IS SO ORDERED this _____ day of _____, 2018.**

                                        _____
                                        UNITED STATES DISTRICT JUDGE