# EXHIBIT 4



J-Geiger
**All Web Site Data**

[→] GO TO REPORT

**Audience Overview**

○ Coopersburg, PA
  0.36% Sessions

Dec 13, 2016 - Dec 19, 2017

**Overview**

● Sessions



| Sessions | Users | Pageviews |
|---|---|---|
| Coopersburg, PA | Coopersburg, PA | Coopersburg, PA |
| 110 | 70 | 602 |

| Pages / Session | Avg. Session Duration | Bounce Rate |
|---|---|---|
| Coopersburg, PA | Coopersburg, PA | Coopersburg, PA |
| 5.47 | 00:04:02 | 22.73% |

% New Sessions
Coopersburg, PA
**60.91%**

● New Visitor  ● Returning Visitor
39.1%  60.9%

| | Language | Sessions | % Sessions |
|---|---|---|---|
| 1. | en-us | 107 | 97.27% |
| 2. | en-ca | 3 | 2.73% |

© 2017 Google





J-Geiger
All Web Site Data        GO TO REPORT

# Frequency & Recency

| Coopersburg, PA 0.36% Sessions | Dec 13, 2016 - Dec 19, 2017 |

**Distribution**

Count of Sessions

| Coopersburg, PA | Sessions<br>**110**<br>% of Total: 0.36% (30,454) | Pageviews<br>**602**<br>% of Total: 0.65% (93,186) |

| Count of Sessions | Sessions | Pageviews |
|---|---|---|
| 1 | 67 | 408 |
| 2 | 15 | 59 |
| 3 | 6 | 28 |
| 4 | 3 | 12 |
| 5 | 2 | 18 |
| 6 | 2 | 8 |
| 7 | 1 | 9 |
| 8 | 1 | 10 |
| 9-14 | 6 | 29 |
| 15-25 | 7 | 21 |
| 26-50 | 0 | 0 |
| 51-100 | 0 | 0 |
| 101-200 | 0 | 0 |

© 2017 Google



J-Geiger
All Web Site Data

[GO TO REPORT]

# Interests: Overview

Coopersburg, PA
0.36% Sessions

Dec 13, 2016 - Dec 19, 2017

Key Metric:

| Affinity Category (reach) | | 0.26% of total sessions |
|---|---|---|
| 6.66% | Banking & Finance/Avid Investors | |
| 6.66% | Lifestyles & Hobbies/Business Professionals | |
| 6.05% | Shoppers/Value Shoppers | |
| 5.75% | Technology/Technophiles | |
| 5.35% | Travel/Business Travelers | |
| 5.25% | Travel/Travel Buffs | |
| 5.15% | Home & Garden/Do-It-Yourselfers | |
| 4.74% | Sports & Fitness/Health & Fitness Buffs | |
| 4.24% | Lifestyles & Hobbies/Outdoor Enthusiasts | |
| 3.83% | Lifestyles & Hobbies/Green Living Enthusiasts | |

| In-Market Segment | | 0.23% of total sessions |
|---|---|---|
| 12.35% | Home & Garden/Home Decor/Lights & Fixtures | |
| 9.16% | Home & Garden/Home Decor | |
| 9.16% | Travel/Air Travel | |
| 9.16% | Travel/Hotels & Accommodations | |
| 8.76% | Software/Business & Productivity Software | |
| 7.97% | Home & Garden/Home Improvement | |
| 7.57% | Consumer Electronics/Mobile Phones | |
| 7.57% | Home & Garden/Home & Garden Services | |
| 6.37% | Financial Services/Investment Services | |
| 6.37% | Home & Garden/Home Appliances | |

| Other Category | | 0.25% of total sessions |
|---|---|---|
| 28.79% | Computers & Electronics/Consumer Electronics/Home Automation | |
| 27.27% | Home & Garden/Home Furnishings/Lamps & Lighting | |
| 24.24% | News/Weather | |
| 19.70% | Science/Astronomy | |
| 0.00% | Arts & Entertainment/Celebrities & Entertainment News | |
| 0.00% | Arts & Entertainment/Comics & Animation/Anime & Manga | |
| 0.00% | Arts & Entertainment/Comics & Animation/Cartoons | |
| 0.00% | Arts & Entertainment/Comics & Animation/Comics | |
| 0.00% | Arts & Entertainment/Entertainment Industry | |
| 0.00% | Arts & Entertainment/Entertainment Industry/Film & TV Industry/Film & TV Awards | |

© 2017 Google



J-Geiger
All Web Site Data

GO TO REPORT

# New vs Returning

Coopersburg, PA
0.36% Sessions

Dec 13, 2016 - Dec 19, 2017

**Explorer**

Summary



● Sessions

| User Type | Acquisition | | | Behavior | | | Conversions | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sessions | % New Sessions | New Users | Bounce Rate | Pages / Session | Avg. Session Duration | Goal Conversion Rate | Goal Completions | Goal Value |
| **Coopersburg, PA** | **110**<br>% of Total:<br>0.36%<br>(30,454) | 60.91%<br>Avg for View:<br>75.73%<br>(-19.57%) | 67<br>% of Total:<br>0.29%<br>(23,064) | 22.73%<br>Avg for View:<br>56.51%<br>(-59.78%) | 5.47<br>Avg for View:<br>3.06<br>(78.85%) | 00:04:02<br>Avg for View:<br>00:01:53<br>(113.64%) | 0.00%<br>Avg for View:<br>0.00%<br>(0.00%) | 0<br>% of Total:<br>0.00%<br>(0) | $0.00<br>% of Total:<br>0.00%<br>($0.00) |
| 1. New Visitor | **67**<br>**(60.91%)** | 100.00% | 67<br>(100.00%) | 22.39% | 6.09 | 00:04:20 | 0.00% | 0<br>(0.00%) | $0.00<br>(0.00%) |
| 2. Returning Visitor | **43**<br>**(39.09%)** | 0.00% | 0<br>(0.00%) | 23.26% | 4.51 | 00:03:35 | 0.00% | 0<br>(0.00%) | $0.00<br>(0.00%) |

Rows 1 - 2 of 2

© 2017 Google



## Pages

| | Coopersburg, PA |
|---|---|
| | 0.65% Pageviews |

Dec 13, 2016 - Dec 19, 2017

**Explorer**



| Page | Pageviews | Unique Pageviews | Avg. Time on Page | Entrances | Bounce Rate | % Exit | Page Value |
|---|---|---|---|---|---|---|---|
| **Coopersburg, PA** | 602<br>% of Total:<br>0.65%<br>(93,186) | 487<br>% of Total:<br>0.65%<br>(74,633) | 00:00:54<br>Avg for View:<br>00:00:55<br>(-1.61%) | 110<br>% of Total:<br>0.36%<br>(30,454) | 22.73%<br>Avg for View:<br>56.51%<br>(-59.78%) | 18.27%<br>Avg for View:<br>32.68%<br>(-44.09%) | $0.00<br>% of Total:<br>0.00%<br>($0.00) |
| 1. / | **107**<br>(17.77%) | 92<br>(18.89%) | 00:00:44 | 89<br>(80.91%) | 21.35% | 25.23% | $0.00<br>(0.00%) |
| 2. /products | **60**<br>(9.97%) | 45<br>(9.24%) | 00:00:43 | 2<br>(1.82%) | 0.00% | 11.67% | $0.00<br>(0.00%) |
| 3. /portfolio/images/ | **54**<br>(8.97%) | 45<br>(9.24%) | 00:00:57 | 0<br>(0.00%) | 0.00% | 33.33% | $0.00<br>(0.00%) |
| 4. /products/r-series/ | **39**<br>(6.48%) | 30<br>(6.16%) | 00:01:36 | 4<br>(3.64%) | 25.00% | 30.77% | $0.00<br>(0.00%) |
| 5. /manufacturing/ | **35**<br>(5.81%) | 31<br>(6.37%) | 00:00:22 | 0<br>(0.00%) | 0.00% | 11.43% | $0.00<br>(0.00%) |
| 6. /installation/ | **32**<br>(5.32%) | 27<br>(5.54%) | 00:01:44 | 1<br>(0.91%) | 0.00% | 9.38% | $0.00<br>(0.00%) |
| 7. /about-us/ | **28**<br>(4.65%) | 22<br>(4.52%) | 00:01:20 | 1<br>(0.91%) | 0.00% | 25.00% | $0.00<br>(0.00%) |
| 8. /products/d-series/ | **23**<br>(3.82%) | 18<br>(3.70%) | 00:00:19 | 1<br>(0.91%) | 0.00% | 13.04% | $0.00<br>(0.00%) |
| 9. /products/p-series/ | **23**<br>(3.82%) | 21<br>(4.31%) | 00:00:17 | 0<br>(0.00%) | 0.00% | 13.04% | $0.00<br>(0.00%) |
| 10. /series/r-series/ | **21**<br>(3.49%) | 14<br>(2.87%) | 00:03:09 | 3<br>(2.73%) | 66.67% | 14.29% | $0.00<br>(0.00%) |

Rows 1 - 10 of 33

© 2017 Google







J-Geiger
All Web Site Data

[GO TO REPORT]

## Location

ALL » COUNTRY: United States

Dec 21, 2016 - Dec 28, 2017

All Users
93.54% Sessions

**Map Overlay**

Summary



17      7,122

| Region | Acquisition | | | Behavior | | | Conversions Goal 1: Smart Goal | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sessions | % New Sessions | New Users | Bounce Rate | Pages / Session | Avg. Session Duration | Smart Goal (Goal 1 Conversion Rate) | Smart Goal (Goal 1 Completions) | Smart Goal (Goal 1 Value) |
| | 28,871 % of Total: 93.54% (30,865) | 75.27% Avg for View: 75.77% (-0.66%) | 21,730 % of Total: 92.92% (23,386) | 56.43% Avg for View: 56.58% (-0.27%) | 3.06 Avg for View: 3.05 (0.24%) | 00:01:53 Avg for View: 00:01:53 (0.06%) | 0.05% Avg for View: 0.05% (0.22%) | 15 % of Total: 93.75% (16) | $0.00 % of Total: 0.00% ($0.00) |
| 1. California | 7,122 (24.67%) | 75.26% | 5,360 (24.67%) | 57.85% | 3.04 | 00:01:46 | 0.06% | 4 (26.67%) | $0.00 (0.00%) |
| 2. New York | 5,897 (20.43%) | 79.75% | 4,703 (21.64%) | 59.39% | 2.86 | 00:01:30 | 0.05% | 3 (20.00%) | $0.00 (0.00%) |
| 3. Florida | 2,201 (7.62%) | 74.78% | 1,646 (7.57%) | 55.29% | 2.86 | 00:01:51 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 4. Washington | 1,956 (6.77%) | 76.79% | 1,502 (6.91%) | 64.98% | 2.61 | 00:01:23 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 5. South Carolina | 1,888 (6.54%) | 51.06% | 964 (4.44%) | 36.23% | 4.34 | 00:03:59 | 0.11% | 2 (13.33%) | $0.00 (0.00%) |
| 6. Colorado | 990 (3.43%) | 59.70% | 591 (2.72%) | 46.16% | 3.34 | 00:02:39 | 0.10% | 1 (6.67%) | $0.00 (0.00%) |
| 7. New Jersey | 958 (3.32%) | 84.97% | 814 (3.75%) | 68.16% | 2.46 | 00:01:16 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 8. North Carolina | 713 (2.47%) | 66.06% | 471 (2.17%) | 47.97% | 3.03 | 00:02:06 | 0.14% | 1 (6.67%) | $0.00 (0.00%) |
| 9. Pennsylvania | 671 (2.32%) | 82.12% | 551 (2.54%) | 61.40% | 2.88 | 00:01:22 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 10. Texas | 635 (2.20%) | 78.74% | 500 (2.30%) | 51.18% | 3.52 | 00:02:18 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |

Rows 1 - 10 of 52



J-Geiger
All Web Site Data

GO TO REPORT

## Location

ALL » COUNTRY: United States » REGION: Pennsylvania

Dec 21, 2016 - Dec 28, 2017

All Users
2.17% Sessions

### Map Overlay

Summary



| City | Acquisition | | | Behavior | | | Conversions | Goal 1: Smart Goal | |
|---|---|---|---|---|---|---|---|---|---|
| | Sessions | % New Sessions | New Users | Bounce Rate | Pages / Session | Avg. Session Duration | Smart Goal (Goal 1 Conversion Rate) | Smart Goal (Goal 1 Completions) | Smart Goal (Goal 1 Value) |
| | 671<br>% of Total:<br>2.17%<br>(30,863) | 82.12%<br>Avg for View:<br>75.77%<br>(8.38%) | 551<br>% of Total:<br>2.36%<br>(23,384) | 61.40%<br>Avg for View:<br>56.58%<br>(8.52%) | 2.88<br>Avg for View:<br>3.05<br>(-5.71%) | 00:01:22<br>Avg for View:<br>00:01:53<br>(-27.62%) | 0.00%<br>Avg for View:<br>0.05%<br>(-100.00%) | 0<br>% of Total:<br>0.00%<br>(16) | $0.00<br>% of Total:<br>0.00%<br>($0.00) |
| 1. Philadelphia  (pop 1.568 mil) | 306 (45.60%) | 88.24% | 270 (49.00%) | 76.47% | 1.92 | 00:00:34 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 2. Coopersburg  (pop 2,478) | 111 (16.54%) | 61.26% | 68 (12.34%) | 22.52% | 5.56 | 00:04:01 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 3. Pittsburgh | 21 (3.13%) | 100.00% | 21 (3.81%) | 47.62% | 2.67 | 00:00:35 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 4. Allentown | 17 (2.53%) | 64.71% | 11 (2.00%) | 35.29% | 4.29 | 00:01:20 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 5. Levittown | 13 (1.94%) | 38.46% | 5 (0.91%) | 7.69% | 7.00 | 00:07:22 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 6. Erie | 9 (1.34%) | 100.00% | 9 (1.63%) | 55.56% | 4.78 | 00:03:51 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 7. Lancaster | 8 (1.19%) | 62.50% | 5 (0.91%) | 62.50% | 4.00 | 00:00:51 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 8. Danville | 7 (1.04%) | 14.29% | 1 (0.18%) | 57.14% | 4.14 | 00:01:07 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 9. Villanova | 6 (0.89%) | 50.00% | 3 (0.54%) | 66.67% | 1.83 | 00:00:15 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |
| 10. Scranton | 5 (0.75%) | 80.00% | 4 (0.73%) | 60.00% | 1.80 | 00:00:15 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |

Rows 1 - 10 of 129

J-Geiger
All Web Site Data

User Report

**GO TO REPORT**

| Sessions (LTV) | Session Duration (LTV) | Revenue (LTV) | Transactions (LTV) | Goal Comple |
|---|---|---|---|---|
| 42 | 03:49:30 | $0.00 | 0 | 0 |
| Sessions (Current): 21 | Session Duration (Current): 01:54:45 | Revenue (Current): $0.00 | Transactions (Current): 0 | Goal Comple |

**Client Id**
343105503.1485437689

**Date Last Seen**
Dec 19, 2017

**Device Category**
desktop

**Device Platform**
web

**Acquisition**
Date
Jan 26, 2017

Channel
(not set)

Source / Medium
(not set)

Campaign
(not set)
(organic)

Return to User Explorer Report

Filter by: 4 selected
Sort by: Descending

Create Segment | Expand All | Collapse All

**Dec 19, 2017**
| 10:32 AM | 00:42 | Organic Search |

**Dec 8, 2017**
| 11:53 AM | 00:11 | Organic Search |

**Dec 5, 2017**
| 11:27 AM | 00:04 | Organic Search |

**Nov 30, 2017**
| 8:57 AM | 00:05 | Organic Search |

**Nov 29, 2017**
| 4:59 PM | 10:24 | Organic Search |

**Nov 21, 2017**
| 12:57 PM | 00:09 | Organic Search |

**Sep 21, 2017**
| 11:00 AM | 00:00 | Organic Search |

**Aug 22, 2017**
| 2:16 PM | 00:01 | Organic Search |
| 11:36 AM | 38:11 | Organic Search |

**Aug 1, 2017**
| 10:25 AM | 00:49 | Organic Search |

**Jul 3, 2017**
| 11:57 AM | 00:00 | Organic Search |

**Apr 27, 2017**
| 10:32 AM | 00:54 | Organic Search |

**Apr 21, 2017**
| 11:22 AM | 13:54 | Organic Search |

| | | | |
|---|---|---|---|
| 9:33 AM | 23:27 | Organic Search | |

**Mar 14, 2017**

| | | | |
|---|---|---|---|
| 1:24 PM | 08:30 | Organic Search | |

**Mar 8, 2017**

| | | | |
|---|---|---|---|
| 1:53 PM | 06:04 | Organic Search | |
| 10:42 AM | 06:37 | Organic Search | |

**Mar 2, 2017**

| | | | |
|---|---|---|---|
| 9:34 AM | 01:47 | Organic Search | |

**Feb 27, 2017**

| | | | |
|---|---|---|---|
| 4:49 PM | 02:24 | Organic Search | |

**Feb 21, 2017**

| | | | |
|---|---|---|---|
| 8:24 AM | 00:21 | Organic Search | |

© 2017 Google









