# EXHIBIT 1

## Lutron Palladiom's Infringement of U.S. Pat. No. 9,237,821

| U.S. Pat. No. 9,237,821 | Exemplary Evidence of Infringement for Defendants' Accused Palladiom Shade |
|---|---|
| 9.0 A fastening device for mounting a roller window shade, comprising: | The Palladiom Shades are a "fastening device for mounting a roller window shade." <br><br> For example, Palladiom Shades are roller window shades: |

| U.S. Pat. No. 9,237,821 | Exemplary Evidence of Infringement for Defendants' Accused Palladiom Shade |
|---|---|
| | http://www.lutron.com/TechnicalDocumentLibrary/Palladiom_Shading_System_Brochure.pdf, Sorden Decl., Ex. 2 at p. 5. |
| 9.1 two disk-shaped mounting brackets, each having one side configured to bear against a flat surface and one side having a projection configured to hold an end of a tube shade, wherein each of the mounting brackets have two recessed apertures therethrough constructed and arranged to receive a fastener to secure the mounting bracket to the flat surface; | The Palladiom Shades have "two disk-shaped mounting brackets, each having one side configured to bear against a flat surface and one side having a projection configured to hold an end of a tube shade, wherein each of the mounting brackets have two recessed apertures therethrough constructed and arranged to receive a fastener to secure the mounting bracket to the flat surface."<br><br>For example, the following annotations show where the flat bearing surface (green), projections configured to hold an end of a tube shade (blue), and recessed apertures (purple) can be found on the shade bracket.  The shade requires two of these mounting brackets, one for each end. |

| U.S. Pat. No. 9,237,821 | Exemplary Evidence of Infringement for Defendants' Accused Palladiom Shade |
|---|---|
|  | Palladiom_Shading_System_Spec_Submittal.pdf, Sorden Decl., Ex. 3 at p. 5 (color annotations added). |
| 9.2 wherein, when holding a window tube shade, the outer circumferences of each disk-shaped mounting bracket is visible, and the fastener is obscured by | "[W]hen holding a window tube shade" the Palladiom Shade's "outer circumferences of each disk-shaped mounting bracket is visible and the fastener is obscured by the window tube shade." <br><br> For example, the Palladiom Shade jamb bracket's outer circumference is visible because otherwise the bracket would not need to be available in four finishes (Pure White, Clear Anodized, Black Anodized, and Satin Nickel): <br><br> • Finishes available: Pure White, Clear Anodized, Black Anodized, Satin Nickel |

| U.S. Pat. No. 9,237,821 | Exemplary Evidence of Infringement for Defendants' Accused Palladiom Shade |
|---|---|
| the window tube shade; and | Palladiom_Shading_System_Spec_Submittal.pdf, Sorden Decl., Ex. 3 at p. 5.<br><br>https://youtu.be/p_n5AMkXp_s?t=177, *see* Sorden Decl. at ¶ 8. |

| U.S. Pat. No. 9,237,821 | Exemplary Evidence of Infringement for Defendants' Accused Palladiom Shade |
|---|---|
| | <br>*Id.* The fastener is obscured by the window tube shade: |

| U.S. Pat. No. 9,237,821 | Exemplary Evidence of Infringement for Defendants' Accused Palladiom Shade |
|---|---|
|  | **Finishing Rings**<br>Each bracket includes a finishing ring in matching finish (center bracket includes 2), to conceal the bracket-shade interface<br><br>Palladiom_Shading_System_Spec_Submittal.pdf, Sorden Decl., Ex. 3 at p. 6. |
| 9.3 wherein the projection of at least one of the mounting brackets is configured as a key to engage a tube shade clutch or a tube shade motor. | The Palladiom Shades have "at least one of the mounting brackets is configured as a key to engage a tube shade clutch or a tube shade motor."<br><br>For example, the Palladiom Shades are motorized and must necessarily be able to push against at least one of the mounting brackets in order to raise and lower the shade: |

| U.S. Pat. No. 9,237,821 | Exemplary Evidence of Infringement for Defendants' Accused Palladiom Shade |
|---|---|
|  | **Palladiom Shading System**<br><br>Lutron Palladiom Motorized Roller Shades are ideal for exposed applications. Controlled by an ultra-quiet, precision Sivoia QS Palladiom drive, these shades are mounted on solid aluminum brackets that completely conceal wiring and offer a refined aesthetic in a variety of finishes to match any setting.<br><br>Palladiom_Shading_System_Spec_Submittal.pdf, Sorden Decl., Ex. 2 at p. 1. |

| U.S. Pat. No. 9,237,821 | Exemplary Evidence of Infringement for Defendants' Accused Palladiom Shade |
|---|---|
| 15.0 A fastening device system for mounting a | The Palladiom Shades are a "fastening device system for mounting a roller window shade."<br><br>For example, Palladiom Shades are roller window shades: |

| U.S. Pat. No. 9,237,821 | Exemplary Evidence of Infringement for Defendants' Accused Palladiom Shade |
|---|---|
| roller window shade, comprising: | http://www.lutron.com/TechnicalDocumentLibrary/Palladiom_Shading_System_Brochure.pdf, Sorden Decl., Ex. 2 p. 5. |
| 15.1 two disk-shaped mounting brackets, each having one side | The Palladiom Shades have "two disk-shaped mounting brackets, each having one side configured to bear against a flat surface and one side having a projection configured to hold an end of a tube shade, wherein |

| U.S. Pat. No. 9,237,821 | Exemplary Evidence of Infringement for Defendants' Accused Palladiom Shade |
|---|---|
| configured to bear against a flat surface and one side having a projection configured to hold an end of a tube shade, wherein each of the mounting brackets have two recessed apertures therethrough constructed and arranged to receive a fastener to secure the mounting bracket to the flat surface; | each of the mounting brackets have two recessed apertures therethrough constructed and arranged to receive a fastener to secure the mounting bracket to the flat surface."<br><br>For example, the following annotations show where the flat bearing surface (green), projections configured to hold an end of a tube shade (blue), and recessed apertures (purple) can be found on the shade bracket. The shade requires two of these mounting brackets, one for each end.<br><br><br><br>Palladiom_Shading_System_Spec_Submittal.pdf, Sorden Decl., Ex. 3 at p. 5 (color annotations added). |

| U.S. Pat. No. 9,237,821 | Exemplary Evidence of Infringement for Defendants' Accused Palladiom Shade |
|---|---|
| 15.2 wherein, when holding a window tube shade, the outer circumferences of each disk-shaped mounting bracket is visible and the fastener is obscured by the window tube shade; and | "[W]hen holding a window tube shade" the Palladiom Shade's "outer circumferences of each disk-shaped mounting bracket is visible and the fastener is obscured by the window tube shade."<br><br>For example, the Palladiom Shade jamb bracket's outer circumference is visible because otherwise the bracket would not need to be available in four finishes (Pure White, Clear Anodized, Black Anodized, and Satin Nickel):<br><br>• Finishes available: Pure White, Clear Anodized, Black Anodized, Satin Nickel<br><br>Palladiom_Shading_System_Spec_Submittal.pdf, Sorden Decl., Ex. 3 at p. 5.<br><br> |

| U.S. Pat. No. 9,237,821 | Exemplary Evidence of Infringement for Defendants' Accused Palladiom Shade |
|---|---|
| | https://youtu.be/p_n5AMkXp_s?t=177, *see* Sorden Decl. at ¶ 8.<br><br>*Id*. The fastener is obscured by the window tube shade: |

| U.S. Pat. No. 9,237,821 | Exemplary Evidence of Infringement for Defendants' Accused Palladiom Shade |
|---|---|
| | **Finishing Rings** Each bracket includes a finishing ring in matching finish (center bracket includes 2), to conceal the bracket-shade interface<br><br>Palladiom_Shading_System_Spec_Submittal.pdf, Sorden Decl., Ex. 3 at p. 6. |
| 15.3 wherein the projection of at least one of the mounting brackets is configured to receive a tube shade pin or a motorized tube shade idler pin. | The Palladiom Shades have "at least one of the mounting brackets is configured to receive a tube shade pin or a motorized tube shade idler pin."<br><br>For example, the Palladiom Shades are motorized and must necessarily be able to receive a motorized tube shade idler pin to be able to push against at least one of the mounting brackets in order to raise and lower the shade: |

| U.S. Pat. No. 9,237,821 | Exemplary Evidence of Infringement for Defendants' Accused Palladiom Shade |
|---|---|
| | **Palladiom Shading System**<br><br>Lutron Palladiom <u>Motorized</u> Roller Shades are ideal for exposed applications. Controlled by an ultra-quiet, precision Sivoia QS Palladiom drive, these shades are mounted on solid aluminum brackets that completely conceal wiring and offer a refined aesthetic in a variety of finishes to match any setting.<br><br>Palladiom_Shading_System_Spec_Submittal.pdf, Sorden Decl., Ex. 2 at p. 1. |