# EXHIBIT 2



# PALLADIOM SHADING SYSTEM

Engineered to be beautiful.

# Crafted to stay that way.

In 1993 Lutron invented the quiet automated shade. These weren't the rumbling rollers cheaply adapted from offices. They were whisper-quiet devices designed for, and befitting, sophisticated homes.

In creating them, Lutron established an entirely new category of shading systems, combining groundbreaking technology with refined style.

Now, PALLADIOM redefines the standard again, with distinctly crafted design and breakthrough engineering—the hallmarks of Lutron's

55 years of cutting-edge innovation. For the first time, the elegant visual language and nearly limitless potential of our gracefully slim keypads and thermostats are available in a shading solution.

We're thrilled to offer our next revolution: **The PALLADIOM Shading System.**





Relax

Entertain

Dine

There's a familiar axiom in modern design:



# Form follows function.



**With PALLADIOM
shades, we didn't want
to hide our technology—
we wanted to feature it.
The result is a superbly
crafted instrument—
one as beautiful inside
as it is outside.**

**PALLADIOM embodies
everything we stand for:
continuous innovation,
superior quality and
a celebration of design.**



PALLADIOM

What's important is the view.



Inside and out.



It starts with a **single line.**

The lines of PALLADIOM
are level, graceful.
Beginning with our
slender, carefully
balanced bottom rail,
PALLADIOM ensures a
balanced aesthetic—
from roller to window
sill. PALLADIOM also
features Lutron patented
Intelligent Hembar
Alignment, designed
to synchronize all
automated shades in a
single room—or in an
entire home. IHA uses
a two-part electronic
control system to
maintain hembar
alignment within
one-eighth of an inch
during motion, and at all
resting positions. The
movement is effortless;
balance is maintained.







PALLADIOM isn't just beautiful.

# It's strong, too.

Our roller shade can handle a 12-by-12-foot window opening— and the fabric required to cover it—with a startlingly slim tube. Barely 2 inches in diameter, this high-tech carbon fiber wonder is remarkably rigid, yet light as a feather. The result: maximum strength, minimum profile.



It's the **little black dress** of window coverings.

Sleek and sophisticated, the **PALLADIOM** design fits anywhere. It blends into any architectural style seamlessly—particularly when the jamb bracket is integrated into a frame or window recess. Our handsome circular bracket visually extends the structural tube outward and into the wall: the shade appears to float in midair.



LUTRON



PALLADIOM

LUTRON

Built to be seen,



**not heard.**

Lutron automated
shades are already
the quietest in
the industry.
PALLADIOM
continues the
tradition: It is all
but imperceptible.






## Technology that's **forward-thinking.**

The brackets combine superior workmanship with ingeniously hidden electronics. They have been machined into an aluminum unibody structure that honors the integrity of pure architectural form across a range of mounting conditions—ceiling, wall or jamb. Moreover, within the brackets, the bracket rings can slide open to reveal the programming buttons and indicator LEDs. The design is utterly seamless.

**OPEN**



**CLOSED**





# Specification

**MATERIAL**
Machined aluminum

**FEATURES**
- Unibody structure
- Integrated wiring
- Concealed but
  accessible programming
- Concealed fasteners
- Engineered
  wire management
- Symmetrical ½" light gaps

**SHADE SIZE**
- Width: 20" to 144"
- Height: 12" to 144"

**POWER**
- 35V DC low-voltage

**CONTROL SYSTEM**
HomeWorks QS

**BOTTOM RAIL**
Extruded aluminum
with machined end caps



**SATIN
NICKEL**



**BLACK
ANODIZED**



**CLEAR
ANODIZED**



**PURE
WHITE**



PALLADIOM

©Lutron. HomeWorks, and Palladiom are trademarks of Lutron Electronics Co., Inc, registered in the U.S. and other countries.

lutron.com/palladiomshades



# A tradition of **excellence.**

For more than 50 years, Lutron has been a pioneer in technology,
innovation, and design. We invented modern electronic lighting control, after
all. The PALLADIOM Shading System embodies the best of our capabilities.
So whether admiring the precision of its workmanship or the wonder
of its technology, the PALLADIOM Shading System is a thing of beauty.
Enjoy what you see, from any direction. The view is limitless.



PALLADIOM SHADING SYSTEM



**lutron.com**
World Headquarters 1.610.282.3800
Technical Support Center 1.800.523.9466 (Available 24/7)
Customer Service 1.888.588.7661

© 10/2017 Lutron Electronics Co., Inc. | P/N 367-2741 REV A