## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEIGTECH EAST BAY LLC, <br><br> Plaintiff, <br><br> v. <br><br> LUTRON ELECTRONICS CO., INC., <br><br> Defendant. | Civil Action No. 1:18-CV-05290 <br><br> **JURY TRIAL DEMANDED** |

### DECLARATION OF GARY R. SORDEN IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

1.  My name is Gary R. Sorden. I am over 18 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts stated herein. I have personal knowledge of the facts in this declaration, and they are true and correct.

2.  I am an attorney licensed in the state of Texas and have been retained to represent Geigtech East Bay LLC d/b/a J Geiger ("J Geiger") in this matter.

3.  Exhibit 1 to this declaration is Plaintiff's First Set of Request for Production to Defendant Lutron Electronics Co., Inc.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2018                    /s/ Gary R. Sorden
                                             Gary R. Sorden