UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Geigtech East Bay LLC      Plaintiff,      Case No. 1:18-cv-05290-CM

-against-

Lutron Electronics Co., Inc.      Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Scott W. Breedlove
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is __00790361_____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✔] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Vinson & Elkins LLP
            FIRM ADDRESS: 2001 Ross Avenue, Suite 3700
            FIRM TELEPHONE NUMBER: (214) 220-7700
            FIRM FAX NUMBER: (214) 220-7716

NEW FIRM:   FIRM NAME: Carter Arnett PLLC
            FIRM ADDRESS: 8150 N. Central Expressway, Suite 500
            FIRM TELEPHONE NUMBER: (214) 550-8172
            FIRM FAX NUMBER: (214) 550-8185

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: June 28, 2018                    /s/ Scott W. Breedlove
                                        _____
                                        ATTORNEY'S SIGNATURE