## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEIGTECH EAST BAY LLC, | |
| Plaintiff, | Civil Action No. 1:18-CV-05290-CM |
| v. | **ORDER FOR ADMISSION** |
| LUTRON ELECTRONICS CO., INC. | **PRO HAC VICE** |
| Defendant. | |

The motion of John S. Torkelson, for admission to practice Pro Hac Vice in the above captioned action, is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Texas; and that his contact information is as follows:

> Applicant's Name: John S. Torkelson
> Firm Name: Carter Arnett PLLC
> Address: 8150 N. Central Expressway, Suite 500
> City / State / Zip: Dallas, Texas 75206
> Telephone / Fax: (214) 550-8188 / (214) 550-8185



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/18

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Lutron Electronics Co., Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: 7/9/2018

_____
United States District / ~~Magistrate Judge~~