# Kaplan Breyer Schwarz, LLP
## Intellectual Property Attorneys

Jeffrey I. Kaplan, Esq.
Partner
NJ and NY Bars, Reg. Patent Attorney
Email: jkaplan@kbsiplaw.com
Phone: 732-578-0103 x231

July 16, 2018

**VIA ECF**

Hon. Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007 – 1312

      RE:    *GeigTech East Bay LLC v. Lutron Electronics Co., Inc.*, Case No. 1:18-cv-05290

Dear Chief Judge McMahon:

    Our firm, together with Klemchuk LLP, represent Plaintiff GeigTech East Bay LLC ("GeigTech") in this action. We have conferred with counsel for Defendant Lutron Electronics Co., Inc. ("Lutron") and submit this letter pursuant to Parts I.D and IV.I of Your Honor's Individual Practices and Procedures to request a 2-day extension of GeigTech's reply to Lutron's Memorandum of Law in Opposition to Plaintiff's Motion for Expedited Discovery [Dkt. 37]. Lutron agrees to GeigTech's request. The current deadline is Wednesday, July 18, 2018. GeigTech requests, and Lutron agrees, that the Reply deadline be extended up to and including July 20, 2018.

    This is GeigTech's first request for an extension. The parties intend to continue conferring in an effort to agree on other deadlines and procedures consistent with this Court's practices.

Respectfully submitted,

*[signature]*

Kaplan Breyer Schwarz, LLP
Jeffrey I. Kaplan

Copies:  All counsel of record (*via ECF*)

**NEW JERSEY OFFICE:**
100 Matawan Road • Suite 120 • Matawan, New Jersey • 07747
Phone: (732) 578-0103 • Fax: (732) 578-0104

**New York Office:**
600 Third Avenue • 2nd Floor • New York, New York • 10016
Phone: (646) 571-2300 • Fax: (732) 578-0104

Please send all correspondence to the NJ office
www.kbsiplaw.com