UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Geigtech East Bay LLC,

              Plaintiff(s),

    -against-

Lutron Electronics Co., Inc., et al.,
       Defendant(s),
-----------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2021
```

18 Civ. 5290 (CM) (KHP)
19 Civ. 4693 (CM)
20 Civ. 10195 (CM)

CALENDAR NOTICE

Please take notice that the above captioned matter has been **re-scheduled** for a:

```
____Pre-trial conference      ____Status conference         __ Oral argument
____Settlement conference     ____Plea Hearing                 (Bankruptcy Appeal)
____Rule (16) conference      ____Final pre-trial conference __ Fairness Hearing
_X_ Telephone conference      ____Jury Selection and Trial  __ OTSC Hearing
____Non-Jury Trial            ____Inquest
```

**on Thursday, October 7, 2021 at 10:00 A.M. before the Honorable Colleen McMahon, United States District Judge.** Parties should dial in at 1(888)363-4749, access code (9054506) to join the conference

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: September 27, 2021
       New York, New York

                                           So Ordered

                                           Colleen McMahon, U.S.D.J