UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



GEIGTECH EAST BAY, LLC,

    *Plaintiff and Counterclaim-Defendant,*

-against-

LUTRON ELECTRONICS CO., INC.,

    *Defendant and Counterclaim-Plaintiff.*

No. 18 Civ. 05290 (CM)

## POST-CONFERENCE ORDER

McMahon, J.:

After conferring with the parties, I suggest the following tentative schedule for dealing with patent-related issues:

- Geig-Tech to submit to a list of asserted claims by October 22, 2021.

- Geig-Tech to submit infringement contentions by November 5, 2021.

- The parties to submit a list of agreed-upon claim constructions and disputed claim terms by November 12, 2021.

- Lutron to submit invalidity contentions by November 19, 2021.

- Opening Markman briefs (limited to intrinsic evidence) are due on December 10, 2021. These will be simultaneous briefs.

- Responsive Markman briefs (limited to intrinsic evidence) are due on January 10, 2022.

I am fine with modest adjustments to this schedule if the parties can agree on them by Tuesday, October 12, 2021. My goal is to get these cases – long delayed by virtue of the PTAB process – moving again. For that reason, I want short dates, as opposed to the longer dates contemplated in this District's model patent rules.

Before this case morphed from a trade dress case into a patent case, the parties had been engaged in written discovery. I would like them to finish that process while the early patent matters are being taken care of. However, depositions should abide further order of the court.

Dated: New York, New York
       October 7, 2021

                                                   _____
                                                               U.S.D.J.

BY ECF TO ALL PARTIES