USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2022

otz P.C.

901 Main Street, Suite 4120
Dallas, TX 75202
469-557-9390   469-533-1587 fax

New Jersey

New York

Delaware

Maryland

Florida

Member
Admitted in TX

Reply to Texas Office
Writer's Direct Line: 469.557.9399
Writer's Direct Fax: 469.466.6213
Writer's E-Mail: bking@coleschotz.com

August 23, 2022

> In light of the parties' representation that the discovery dispute raised at ECF No. 176 is resolved, the discovery conference previously scheduled on August 25, 2022 at 2:00 p.m. is adjourned *sine die*. The Clerk of the Court is respectfully requested to terminate the motion at ECF No. 176.
>
> SO ORDERED:
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE   8/24/2022

**VIA ECF**
Hon. Kathleen Parker
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 24A
New York, NY 10007-1312

Re:   *GeigTech East Pay LLC v. Lutron Electronics Co., Inc.*
      No. 1:18-cv-05290-CM

Dear Judge Parker:

Plaintiff GeigTech East Bay, LLC ("GeigTech") submits this letter in response to Defendant Lutron Electronics Co., Inc.'s ("Lutron") request for a protective order concerning upcoming depositions (Dkt. No. 176). GeigTech submits this letter with the approval and consent of Lutron.

The parties have continued to meet and confer regarding this dispute and have been able to reach an agreement. Under this agreement, the parties will agree to exchange 30(b)(6) topics by Friday, August 26, 2022 so that factual depositions can be combined with the 30(b)(6) depositions as necessary. In such cases, the parties agree that they will work together to provide additional time when appropriate to conduct the combined depositions.

Based on this agreement, the parties no longer believe the discovery conference scheduled for 2 PM ET on August 25, 2022 is necessary. To the extent the Court feels the scheduled conference is still necessary, the parties request that out of town counsel be allowed to participate via telephone.

Cole Schotz P.C.

Hon. Kathleen Parker
August 23, 2022
Page 2

        The parties appreciate the time and attention the Court's has given this matter.

                              Very truly yours,

                              */s/ Brian L. King*

                              Brian L. King

BLK:gca

cc:      Counsel for Defendant