```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Geigtech East Bay LLC,

                Plaintiff(s),

18 Civ. 5290 (CM)

**TRIAL NOTICE**

    -against-

Lutron Electronics Co., Inc., et al.,

                Defendant(s).
-------------------------------------------------------X

Please take notice that the above captioned matter has been **scheduled** for a Final Pretrial Conference **before the Honorable Colleen McMahon, United States District Judge, on Thursday, February 8, 2024 at 10:00 a.m., in courtroom 24A, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been re-scheduled for Monday, February 24, 2024 at 9:30 a.m.** Parties are directed to file all trial documents required by Judge McMahon's Individual Practices. Originals must be filed in the Clerk's Office and courtesy copies are to be provided to chambers.

Dated: September 25, 2023
       New York, New York

                                            So Ordered

                                            _Colleen McMahon_
                                            Colleen McMahon, U.S.D.J