UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

GEIGTECH EAST BAY LLC,

          Plaintiffs,

-against-                                    18 Civ. 5290 (CM)

LUTRON ELECTRONICS CO., INC.,

          Defendants
----------------------------------------------------------x

## ORDER

McMahon, J.:

An order was filed under seal in the above-captioned case on September 20, 2023.

The Clerk of Court is directed to unseal the Decision and Order at Docket Number 308.

Dated: October 4, 2023

                                                                   United States District Judge

BY ECF TO ALL COUNSEL