```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

GEIGTECH EAST BAY LLC,

    Plaintiff,

  -against-

LUTRON ELECTRONICS CO., INC.,

    Defendant.
--------------------------------------------------------X

18 Civ. 05290 (CM)
19 Civ. 04693 (CM)
20 Civ. 10195 (CM)

### ORDER

McMahon, J.:

    For the reasons set forth in my oral order at the Final Pretrial Conference today, GeigTech's Motion to Strike is denied.

    The Clerk is directed to terminate the motion at Docket Number 406.

Dated: February 5, 2024

                                            _____
                                                      U.S.D.J.

BY ECF TO ALL COUNSEL