UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEIGTECH EAST BAY LLC,

                       Plaintiff,

-against-

LUTRON ELECTRONICS CO., INC.,

                       Defendant.
-----------------------------------------------------------------X

18 CIVIL 5290 (CM)
19 CIVIL 4693 (CM)
20 CIVIL 10195 (CM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Colleen McMahon, United States District Judge, Plaintiff Geigtech East Bay LLC has judgment in the sum of $ 2,672,000.00 as against the defendant Lutron Electronics Co., Inc.

DATED: New York, New York
~~November 2024~~
December 2, 2024

So Ordered:

_____
U.S.D.J.

DANIEL ORTIZ
_____
Acting Clerk of Court

BY: _____
Deputy Clerk