UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――X

GEIGTECH EAST BAY LLC,

    Plaintiff,

  -against-

LUTRON ELECTRONICS CO., INC.,

    Defendant.

―――――――――――――――――――――――X

18 Civ. 05290 (CM)
19 Civ. 04693 (CM)
20 Civ. 10195 (CM)

## ORDER VACATING JUDGMENT

McMahon, J.:

The judgment entered on 12/2/2024 is hereby VACATED. A new judgment will not be docketed until post-trial motions have been decided. The Clerk of Court is hereby directed to vacate the judgment at Dkt. No. 583.

Dated: December 4, 2024

                                         /s/ Colleen McMahon
                                               U.S.D.J

BY ECF TO ALL COUNSEL